# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

June 9, 2020

Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re.: United States v. Urooj Rahman
Magistrate Docket 20 CR 403 (SMG)

Motion To Withdraw As Counsel

Dear Judge Gold:

    I was appointed to represent Urooj Rahman pursuant to the Criminal Justice Act. Private counsel has spoken with her and filed a notice of appearance. I am requesting permission to withdraw as counsel for Urooj Rahman.

Respectfully yours,

s/
JOHN BURKE
26 Court Street
Suite 2805
Brooklyn, New York 11201