# MINUTE ENTRY FOR CRIMINAL PROCEEDING
## VIA TELECONFERENCE 1-877-336-1839

BEFORE MAG. JUDGE Cheryl Pollak            DATE : 6/29/2020

DOCKET NUMBER: 20-203(BMC)            LOG # : 9;19am – 9:27am

DEFENDANT'S NAME : Urooj Rahman
   _X_ Present     ___ Not Present     ___ Custody     ___ Bail

DEFENSE COUNSEL: Peter Baldwin, Paul Shechtman
   ___ Federal Defender     ___ CJA     ___ Retained

A.U.S.A: Ian Richardson            CLERK: Lauren Phillips

Court Reporter :            Interpreter :

_X_ Defendant arraigned on the : _X_ indictment     ___ superseding indictment     ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ Bond modification HEARING Held.     ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released  ___ held pending appeal to Judge

___ Defendant advised of bond conditions set by the Court and authorized Court to sign bond on his behalf.

___ Surety(ies) sworn, advised of bond obligations by the Court and authorized Court to sign on their behalf.

(Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.     ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Verbal order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before _____

Other Rulings : Control date for next proceeding set 7/16 at noon.