

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:ICR/JEA
F. #2020R00508

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2020

<u>By Email and ECF</u>

Sabrina P. Shroff, Esq.
Law Offices of Sabrina P. Shroff
233 Broadway
New York, NY 10007

Paul Shechtman, Esq.
Bracewell LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10200

Peter W. Baldwin, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036

        Re:    <u>United States v. Colinford Mattis and Urooj Rahman</u>
               <u>Criminal Docket No. 20-203 (BMC)</u>

Dear Counsel:

        Pursuant to the Court's July 15, 2020 Minute Order in the above-captioned case, the government encloses records provided to the government by the Clerk of Court regarding the county of residence, zip code, and, to the extent available, the race and age of the individuals listed in the Master Jury Wheel from which was selected the Central Islip Thursday Grand Jury empaneled on October 10, 2019.

        The records enclosed with this letter constitute the "contents of records or papers used by the jury commission or clerk in connection with the jury selection process" that are protected by statute, and you are advised that you may not further disclose or disseminate the enclosed records except as "necessary in the preparation or presentation of a motion under [28

U.S.C. § 1867(a), (b), or (c)]." 28 U.S.C. § 1867(f). You are further advised that "[a]ny person who discloses the contents of any record or paper in violation of this subsection may be fined not more than $1,000 or imprisoned not more than one year, or both." Id.

          Very truly yours,

          SETH D. DUCHARME
          Acting United States Attorney

By:   /s/_____
      Ian C. Richardson
      Jonathan E. Algor
      Assistant U.S. Attorneys
      (718) 254-6299/6248

Enclosures

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)