

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/JEA
F. #2020R00508

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 19, 2020

By File Sharing and ECF

Sabrina P. Shroff, Esq.
Law Offices of Sabrina P. Shroff
233 Broadway
New York, NY 10007

Paul Shechtman, Esq.
Bracewell LLP
1251 Avenue of the Americas
49th Floor
New York, NY 10200

Peter W. Baldwin, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036

        Re:    United States v. Colinford Mattis and Urooj Rahman
                Criminal Docket No. 20-203 (BMC)

Dear Defense Counsel:

        Enclosed please find the government's second discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This supplements the disclosure of Rule 16 discovery produced to the defendants on July 11, 2020.  The government also reiterates its prior request for reciprocal discovery from the defendants.

| Records | Bates Number |
|---|---|
| A copy of a warrant and an affidavit in support of a warrant to search Mattis's tan Chrysler Town & Country minivan ("Mattis Minivan"), signed June 1, 2020 | MATTIS_RAHMAN_000589 – MATTIS_RAHMAN_000610; MATTIS_RAHMAN_000879 – MATTIS_RAHMAN_000885 |
| A copy of a warrant and an affidavit in support of a warrant to search the Mattis Minivan, signed June 5, 2020 | MATTIS_RAHMAN_000611 – MATTIS_RAHMAN_000635; MATTIS_RAHMAN_000886 – MATTIS_RAHMAN_000892 |
| A copy of warrants and an affidavit in support of warrants to search historical cell-site information, signed June 26, 2020 | MATTIS_RAHMAN_000636 – MATTIS_RAHMAN_000659; MATTIS_RAHMAN_000893 – MATTIS_RAHMAN_000904 |
| A copy of a warrant and an amended affidavit in support of a warrant to search historical cell-site information, signed July 31, 2020 | MATTIS_RAHMAN_000660 – MATTIS_RAHMAN_000691; MATTIS_RAHMAN_000905 – MATTIS_RAHMAN_000911 |
| Records from AT&T obtained pursuant to a search warrant | MATTIS_RAHMAN_000692 – MATTIS_RAHMAN_000780 |
| Records from T-Mobile obtained pursuant to a search warrant | MATTIS_RAHMAN_000781 – MATTIS_RAHMAN_000810 |
| NYPD Grant Documents | MATTIS_RAHMAN_000811 – MATTIS_RAHMAN_000871 |
| NYPD Vehicle Purchase Documents | MATTIS_RAHMAN_000872 – MATTIS_RAHMAN_000878 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact the undersigned attorneys.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: /s/
Ian C. Richardson
Jonathan E. Algor
Assistant U.S. Attorneys
(718) 254-6248

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)