# BRACEWELL

October 6, 2020

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Colinford Mattis and Urooj Rahman,
      Criminal Docket No. 20-203 (BMC)</u>

Dear Judge Cogan:

  I write to request a modification of the bail conditions for Urooj Rahman. As the Court knows, Ms. Rahman is currently under home confinement with electronic monitoring. The bail order allows her to leave her apartment for certain activities with the approval of Pre-Trial Services (<u>e.g.</u>, doctor's visits, lawyers' meeting), but the box on the form for religious services is not checked. I, therefore, seek permission for Ms. Rahman to attend religious services with Pre-Trial Services' approval. The government (AUSA Jonathan Algor) and Pre-Trial Services (Officer Ramel Moore) consent to this proposed modification.

              Respectfully submitted,

              /s/ Paul Shechtman

              Paul Shechtman

PS/wr

**Paul Shechtman**
Partner

T: +1.212.508.6107  F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com  bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC