# BRACEWELL

December 24, 2020

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Colinford Mattis and Urooj Rahman, Criminal Docket No. 20-203 (BMC)

Dear Judge Cogan:

Pretrial Services Officer Ramel Moore has told me that I misinterpreted his position on the modification of Ms. Rahman's bail. Because, as he sees it, there has not been a change in Ms. Rahman circumstances, Pretrial Services objects to the modification. I would like to think that Ms. Rahman's full compliance with the existing conditions is sufficient reason for modification – it shows that she can handle increased liberty without risk of flight or danger to others. I have apologized to Pretrial Services Officer Moore for my misunderstanding.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC