# BRACEWELL

June 28, 2021

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Colinford Mattis and Urooj Rahman,
                Criminal Docket No. 20-203 (BMC)</u>

Dear Judge Cogan:

      I represent Urooj Rahman in the above-captioned case. This is to confirm that Ms. Rahman consents to the exclusion of time from the speedy-trial "clock" from July 1, 2021, to July 16, 2021, when the court conference has been rescheduled.

                                      Respectfully submitted,

                                      /s/ Paul Shechtman

                                      Paul Shechtman
                                      Partner

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC