# BRACEWELL

September 17, 2021

VIA ECF

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Colinford Mattis and Urooj Rahman,
                Criminal Docket No. 20-203 (BMC)</u>

Dear Judge Cogan:

      If the Court intends to grant Colinford Mattis' request to adjourn the deadline for filing pretrial motions, we ask that Urooj Rahman's deadline be adjourned to the same date. Our motions are ready to be filed, but it seems more orderly to keep both defendants on the same schedule. We consent to an appropriate exclusion of time from the speedy-trial "clock."

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC