UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA          :

    - v -          :          CR 20-203 (BMC)

COLINFORD MATTIS          :          **NOTICE OF MOTION**
AND UROOJ RAHMAN,
                                  :          **ORAL ARGUMENT REQUESTED**
             Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, defendant Urooj Rahman will move before this Court, at a date and time fixed by the Court, for an Order dismissing Counts One through Five of the Indictment as legally defective.

Dated: New York, New York
       September 17, 2021

                                      Respectfully submitted,

                                      /s/     Paul Shechtman
                                      Paul Shechtman
                                      Rita K. Maxwell
                                      Rebecca J. Foxwell
                                      Bracewell LLP
                                      1251 Avenue of the Americas, 49th Floor
                                      New York, NY 10020
                                      (212) 508-6107
                                      paul.shechtman@bracewell.com

                                      Peter Baldwin
                                      Andrew Dettmer
                                      Faegre Drinker Biddle & Reath LLP
                                      1177 Avenue of the Americas, 41st Floor
                                      New York, NY 10036
                                      (212)-248-3147
                                      peter.baldwin@faegredrinker.com

                                      *Counsel for Urooj Rahman*