

faegredrinker.com

**Peter W. Baldwin**
Partner
peter.baldwin@faegredrinker.com
212-248-3147 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

September 28, 2021

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    United States v. Urooj Rahman, Case No. 20-CR-203 (BMC)**

Dear Judge Cogan:

By this letter, defendant Urooj Rahman respectfully requests a one-time modification to the terms and conditions of her pretrial release in order to allow her to attend the wedding of two of her very close friends.

We note that Ms. Rahman is requesting to attend the same wedding that her co-defendant, Mr. Mattis, also has requested leave to attend.  *See* Docket No. 63.  However, the wedding is a two-day event, and the defendants are seeking permission to attend on different days – Ms. Rahman on October 1 and Mr. Mattis on October 2.  Ms. Rahman and Mr. Mattis will not attend at the same time.

Ms. Rahman has been home detention, without incident, for over a year.  I have discussed the proposed modification with Ms. Rahman's Pretrial Services Officer, Ramel Moore, as well as with the assigned Assistant United States Attorneys.  Pretrial Services consents to Ms. Rahman's request, and the government defers to the Court.

Thus, Ms. Rahman respectfully requests that she be allowed to leave her home between 2 p.m. on October 1, 2021 and 1 a.m. on October 2, 2021 to attend her friends' wedding.  The details of Ms. Rahman's location and proposed travel have been provided to her Pretrial Services Officer.

We apologize to the Court for the late nature of this request, but counsel for Ms. Rahman wanted to provide all relevant and requested information to Pretrial Services and the government before filing this letter.

If Your Honor is in agreement with the proposed modification, we would respectfully request that you SO ORDER this application.

Thank you for Your Honor's attention to this matter.

Respectfully,

*[signature: Peter W. Baldwin]*

Peter W. Baldwin

SO ORDERED,

_____	_____
Honorable Brian M. Cogan	Date
United States District Judge


cc:     All Counsel of Record (via ECF)
        Pretrial Services Officer Ramel Moore