

faegredrinker.com 

**Peter W. Baldwin**
Partner
peter.baldwin@faegredrinker.com
212-248-3147 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

September 29, 2021

**By ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** United States v. Urooj Rahman, Case No. 20-CR-203 (BMC)

Dear Judge Cogan:

Consistent with Your Honor's September 28, 2021 Order granting defendant Urooj Rahman's request for a one-time modification to the terms and conditions of her pretrial release, undersigned counsel confirms that the sureties on Ms. Rahman's bond have been advised of the modification and they consent to it.

Thank you for Your Honor's attention to this matter.

Respectfully,

Peter W. Baldwin

cc: All Counsel of Record (via ECF)
Pretrial Services Officer Ramel Moore