**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

   v.

COLINFORD MATTIS
AND UROOJ RAHMAN,

                    Defendants.

Case No.: 1:20-cr-00203-BMC

**NOTICE OF APPEARANCE**

---

To:   The clerk of the court and all parties of record

I am admitted to practice in this court, and I hereby appear on behalf of Defendant Urooj Rahman in the above-captioned action and request that all pleadings and other filings regarding this matter be served upon the undersigned at the office address and e-mail address listed below.

Dated:   New York, New York
         September 30, 2021

                              BRACEWELL LLP

                              /s/ Rita K. Maxwell
                              Rita K. Maxwell
                              1251 Avenue of the Americas, 49th Floor
                              New York, NY 10020
                              Tel: (212) 508-6129
                              Email: rita.maxwell@bracewell.com

                              *Attorneys for Defendant Urooj Rahman*