UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
                                   :
         - v -                     :       CR 20-203 (BMC)
                                   :
COLINFORD MATTIS                   :       **NOTICE OF MOTION**
AND UROOJ RAHMAN,                  :       **FOR LEAVE TO WITHDRAW**
                                   :       **AS COUNSEL**
              Defendants.          :
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that Paul Shechtman hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Defendant Urooj Rahman. Undersigned counsel soon will no longer be associated with Bracewell LLP, and Ms. Rahman will continue to be represented by Mr. Peter Baldwin of Faegre Drinker Biddle & Reath LLP and Ms. Rita Maxwell of Bracewell LLP. Undersigned counsel respectfully requests leave of the Court to withdraw as counsel for Ms. Rahman and to be removed from the Electronic Case Filing notification list for the above-captioned action.

Dated: New York, New York
       May 25, 2022

                                    Respectfully submitted,

                                    /s/    Paul Shechtman
                                  Paul Shechtman
                                  Bracewell LLP
                                  31 W. 52nd Street, Suite 1900
                                  New York, NY 10019
                                  (212) 508-6107
                                  paul.shechtman@bracewell.com

                                  *Counsel for Urooj Rahman*

-2-

## CERTIFICATE OF SERVICE

I certify that on May 25, 2022, I caused to be served the Notice of Motion to Withdraw as Counsel on the Government via ECF and on Ms. Rahman via email.

                                                 /s/   Paul Shechtman
                                                 Paul Shechtman