AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-CR-203 (S-1) (BMC) |
| UROOJ RAHMAN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/02/2022

*Defendant's signature*

*Signature of defendant's attorney*

Peter W. Baldwin, Esq.
*Printed name of defendant's attorney*

s/Brian M. Cogan
*Judge's signature*

Hon. Brian M. Cogan, U.S. District Judge
*Judge's printed name and title*

