# BRACEWELL

July 1, 2022

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Colinford Mattis and Urooj Rahman,
                Criminal Docket No. 20-203 (BMC)</u>

Dear Judge Cogan:

      I write to request a modification of Urooj Rahman's bail conditions to allow Ms. Rahman to travel to Groton, Massachusetts from July 7 through July 14 to celebrate the Eid al-Adha holiday with her sister and family. If the Court grants Ms. Rahman's request, she will travel to Massachusetts with her mother, and they will stay at the home of Ms. Rahman's sister. Ms. Rahman will attend holiday events on July 9 and 10. We have provided Pretrial Services with the specific details relating to her proposed locations and travel.

      Pretrial Services (Officer Christian Berzak) has no objection to the proposed travel. The government (AUSA Ian Richardson) defers to Pretrial Services. Ms. Rahman's sureties have been apprised of this request and have no objection.

      I thank the Court for its attention to this request.

      Respectfully submitted,

      /s/ Rita Maxwell

      Rita Maxwell

cc:    All Counsel of Record (via ECF)
       Pretrial Services Officer Christian Berzak

**Rita Maxwell**
Senior Counsel

T: +1.212.508.6129    F: +1.800.404.3970
31 W. 52nd St., Suite 1900, New York, New York 10019
rita.maxwell@bracewell.com    bracewell.com