# Appendix B

Honorable Brian Cogan                                                    March 7, 2022
United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## A PLEA OF LENIENCY FROM A MOTHER

Dear Judge Cogan,

My name is Arjumand Rahman and I am 78 Years old.  I have four children of whom Urooj
Rahman is my youngest.  My husband passed away 10 years ago and ever since then Urooj has
been the primary person taking care of me and living with me.  She had the choice of moving
away, but she chose to stay with me as she did not want me to live alone in my old age.  She is
the most caring, loving, and kindest person I know.  She takes care of all my daily needs like
taking me to doctor's appointments, going for my covid vaccine shots, grocery shopping,
cleaning the house and making sure I take my medicine on time.  In addition to all this, she is
also my companion. Without her I would be alone. I am so grateful that my sweet daughter chose
to stay with me and help me in my old age. This past year my eldest son also died suddenly and
she arranged all of his funeral services, so no one else would have to worry about it while
dealing with the pain of his loss. That is just one example of Urooj's caring nature.

Growing up Urooj was very energetic and always eager to learn.  She always did well in school
and was always curious about the world around her.  I was proud of her achievements in school.
My fond memories of her childhood are our trips to the Natural history museum and the Bronx
Zoo.  Just as her father had, she has a very good work ethic and is a hard worker.

From the beginning I always could see that she had a strong desire to help people who were
suffering or in need.  This is why she decided to become a lawyer to work with people who are
in need of support.  She feels the pain when she sees others suffering. Her empathy drives her. I
remember her being overcome with emotion after many national and international tragedies
occurred while growing up, no matter who the people were or what background they had. There
are many instances when we would be walking on the street and if she saw a person who was
homeless, she would immediately look first at her own belongings to see if she had anything to
give or she would buy some food to give them.

She often is very hard on herself, when she feels she is not doing everything she can for others or
not doing the right thing. In addition to being a good daughter she is also a very good aunt and
sister.  She loves her niece and nephews who love her dearly as well. Urooj is even the person
assigned guardianship for my granddaughter, if God forbid, something were to happen to Urooj's
sister and brother-in-law. She is a source of constant love and care for me. I know that she will
always continue to dedicate her life to doing good things and help others in need. I also know
firsthand how much Urooj regrets her actions, and how remorseful she is. This is a plea from a
mother, your honor, for leniency for her daughter, a person who has always tried her hardest to
work for justice. Thank you for this opportunity to explain. Please contact me for any questions.

Sincerely,
Arjumand Rahman (Mother of Urooj Rahman)

Shagufta Rahman

Groton, MA,

February 1, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Brian Cogan,

My name is Shagufta Rahman and I live in Groton, MA.  I am a mom, Life Coach, and a Yoga meditation teacher.   Before motherhood I worked for SBC Communications, AT&T and Dimension Data.  I am the third child of my parents with two older brothers and my younger sister Urooj.  I am blessed and honored to be Urooj's big sister aka "Apa" (Urdu word for big sister).  When Urooj was born my mom had many health issues and even though I was 13 I began to help take care of my baby sister.  I loved her from the moment she was born.  She will always be the baby of the family.

Now I have my own daughter, ███████████████ reminds me very much of Urooj. Sometimes I call them by each other's name, and they both laugh at me whilst rolling their eyes. ██████ adores her "Aunt Uroojie" and doesn't mind being called by her name as she feels it's an honor.  I often tell her that Uroojie was like my first child.  My husband and I have Urooj as our daughter's guardian in case of our untimely death.  We trust her wholeheartedly to raise our child with the same values we aspire for her to have.

When I left for college, my parents were very happy to have Urooj at home.  She helped take care of them and took on more responsibilities as she got older and as they aged.  Urooj has always sacrificed a lot for her loved one including my elderly mom.  After my dad passed away, she stepped in and sacrificed her personal life to take care of all my mother's needs, which was proof of Urooj's selfless and caring nature.  Even as she dealt with many traumatic events in her life, she never stopped being there for others.  She is a great daughter, friend, sister, and aunt.

Growing up Urooj had a difficult childhood as there were many family issues that affected her. One was my oldest brother, Nadeem's mental health issues.  Urooj was too young to understand what was going on. █████████████████████████████████████████████



Even with all the issues at home, I was always impressed with her dedication and focus on her schoolwork and extra curriculum activities that would help distract her from all the turmoil at home. I often introduced her proudly to my friends as the "Smart one" out of our family. At a young age she was very well liked by all her teachers and friends. When our father passed away my sister took it particularly hard as she was caring for him and all his needs in his last few months of his life, while he was in and out of the hospital. His death came unexpected. She was too young to lose her father and plunged into a deeper depression than she had already been in for much of her young adult life.

It is at this difficult time in our lives that I realized how many people loved Urooj. Her friends came from all walks of life, and all deeply cared for her. Urooj goes out of her way to make each and everyone feel comfortable in her presence. For this reason, she was always able to make friends everywhere she went in the world. Urooj is also the one her friends turn to for advice and help. I am aware that empaths, like my sister, sometimes start taking on the feelings of their loved ones, whether good feelings or bad, and that's what I often observed in her. Her dedication to working with people who are less privileged, and suffering is something I often admire. Her passion for social justice has dictated her career choices, from going to Law school to working abroad with refugees, she has devoted her life to helping others.

The last year and a half have been the most difficult and traumatic time for our family. When Urooj was incarcerated my mother and our family were devasted without her presence. This was especially devastating for my mom as Urooj is the primary caretaker of her and she is very close to her. When Urooj was back home under home confinement my mom was able to breathe a sigh of relief. But we are constantly praying and hoping for the best result for her case.

I have seen the suffering this case has caused Urooj and my family. But I have also seen Urooj finally deal properly with her trauma and extreme mental health issue. She has made every effort to improve every day and making positive changes in her life. She has kept working and finding ways to help others even with her restrictions. She has displayed discipline in following the law and has abided with all the rules.

She also showed extra ordinary strength when my oldest brother Nadeem passed away suddenly in August 2021.  Urooj worked tirelessly to bring my brothers body home to NY from Dubai because she knew it would bring comfort to my mom and our family.  This was no small feat especially with all the international restrictions because of the pandemic.  But my sister's determination and focus of bringing peace to my mom prevailed.

I humbly implore you to look at her as a whole person and not define her by one moment of bad judgment.  She has taken responsibility for her actions and is very remorseful for what happened.

As a sister and a fellow being, I plead to you for leniency towards my dearest sister in her sentencing and ask you to give her a a second chance.  Thank you for this opportunity your Honor.

Sincerely
Shagufta Rahman
(Apa)

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


My name is Naseem Rahman and I am the older brother of
Urooj Rahman.  I graduated from Cornell University with a
Masters in Engineering and have been working for a fortune
500 company as a Production Manager.  I have been working
in my line of work for over twenty-eight plus years.

I am writing this letter knowing that Urooj has been convicted
of a felony.

I have known Urooj all her life which has been the last 33
years.

My sister Urooj Rahman and I have a 20-year age difference.  I
grew up as a teenager in the eighties where people were still
trying to define their individuality, and technology was still a
smaller part of their lives.

Urooj grew up in an era of the new millenium where there was
a lot more consciousness on doing good for the fellow human
and issues of global warming and social justice causes were
more highlighted through the I-phone and Facebook.

Urooj is a product of a generation that wants to do good and
help fellow humanity.

Urooj's personal and professional life are shaped by a
generation that is not so much concerned about themselves
but what they can do for society and humanity and they have
a purpose in life beyond themselves.

She grew up in Brooklyn and her upbringing was one of
serving and helping.  She is a product of a diverse culture
including her travels to many countries and her character is
shaped by seeing all sides and cultures as one humanity.

I would say her character is shaped by a purpose to serve humanity, speak for social justice and help the poor and needy. She wants to be and has been a voice for others.

This purpose driven life of hers has made her unselfish and wanting to continuously help others. She sometimes will not spend money on herself because she feels guilty that they are people in the world who don't have anything to eat. She is tireless about helping and being a voice for the needy and not so privileged.

All the suffering she sees makes her feel bad and she wants to help others.

She loves my wife and our sons incredibly and wants to be part of all their life experiences as much as possible.

She has amazing love for her sister, niece and brother-in-law. She can be seen buying gifts for her niece and helping her grow with life lessons.

But most of all her love for her Mother is unlimited like the sun's energy. She is the youngest of all the siblings and so she has been very attached to both our parents and after the passing of our Dad, our Mom has been a constant source of love and guidance for her.

She adores her Mother and she helps her in her old age in every way possible. She has on many times chosen to be with her Mom to take care off her at the expense of not being able to go out and have a good time with her friends. Her love for her Mom is unconditional and boundless. She has stayed with my Mom so she can take care of her health and she has been a pillar of strength for her.

I do not condone her actions on the night of May 29 2020. She herself knows she was wrong and regrets ever having done what she did.  She now knows more than ever that her actions have hurt her family and friends and let them down and she also realizes that as a result she has paid a heavy price including losing her law license that she worked so hard for and knows now she will not be able to help people in a legal and professional capacity.

I do believe her emotions got carried away during that time and she ended up doing something she has regretted tremendously.  However, I do believe she has learned a huge lesson and regretted her actions from that night.

The Urooj I know is kind, loving and unselfish and is one who professionally and personally is driven by a purpose in life to just help the needy and be a voice for them.

Your honor in the end I request you to please review her in the context of her many good accomplishments and deeds.

Your honor I plead upon your compassion and leniency for my beloved sister who regrets her actions and wants to continue to do good for her fellow human being.

Regards

Naseem Rahman

**COURT REFERENCE LETTER**                    February 14th, 2022
Michael John Burgess Jr
███████████████████ Groton, Massachusetts,███████
████████████
███████████████████████
██████████████████████████████

To: Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      My name is Michael Burgess and I have 25 years of leadership, team development and mentorship experience working with people of different age, gender, race and backgrounds. I am a U.S.A.F veteran that proudly served our country from 1985 to 1989 and was honorably discharged. I strongly feel the need to offer my recommendation of Urooj Rahman whom I have had the honor of personally knowing for 20 years as my sister-in-law.

I write this letter fully aware of the situation. During my relationship with Urooj Rahman I have experienced an individual who is self-driven, incredibly hard working, intelligent, kind and values all human life. It is these characteristics that Urooj consistently demonstrates that have led to Urooj becoming my daughter's role model and to my wife and I selecting Urooj to raise our daughter in the untimely event of our deaths. As a parent this is one of the hardest decisions one must make, and one based on many things but none more important than the moral compass of the individual. Urooj Rahman is deeply family oriented and a passionate human rights defender that cares about people.

It's with great confidence that I recommend Urooj Rahman as someone who, I truly believe, possess the character and judgement for the betterment of our family and community.

I ask that you please show leniency as Urooj is not a violent person and this is her first offense. She has and continues to live her life as a benefit to her family and local community by serving others. Thank you for taking the time to read my letter. Please do not hesitate to contact me if you should require any further information. I welcome the opportunity to help in any way.

Sincerely,
Signature_____*Michael Burgess Jr*_____Date: February 14th, 2022
Michael John Burgess Jr

February 20th, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

I am a Civil and Transportation engineer for the City of Houston, Texas. I've known Urooj
Rahman my entire life, as she is my 2nd cousin and I'm writing this letter of support on behalf of
her character.

I wanted to share my firsthand knowledge of Urooj Rahman's character, compassion and
dedication. Urooj is an individual that emanates compassion towards those who are in need. Your
honor, the following examples may be small in the context of things, but they are crucial in
providing you an understanding of who Urooj genuinely is.

First off her character and compassion. With the untimely passing of her father, at the age of 23,
Urooj became sole dedicated caretaker of her elderly mother. When it comes to doctors
appointments, groceries, housekeeping, medical attention, and the insurmountable tasks required
to care for an elderly parent, she undertakes it all without an ounce of grievance. Though I'm an
older cousin, I try to emulate Urooj's unconditional care as my parents also age. Her compassionate
and caring nature also led her to devote her life to helping those in need such as working abroad
with refugees or here at home with her fellow New Yorkers facing difficulties and harships.

On a trip my wife & I made to New York a few years ago, Urooj was kind enough to give us a
walking tour of Central Park and Times Square. I remember it being a cold brisk day and at one
point as we were walking down a street, my wife and I looked over to find Urooj no longer by our
side. In a panic, I looked back a few blocks and noticed she had stopped. As I made my way back
to see what the issue was, I found Urooj knelt down speaking to a homeless woman covered in a
blanket. And it hit me, my wife & I walked by that woman sitting on the ground wrapped up in a
blanket with no shoes, but we both thought nothing of it, nothing at all. I'm sure we even avoided
eye contact or ignored what the woman had muttered, but Urooj didn't. As I approached the two,
Urooj was providing the woman information on a nearby women's shelter, asking her if she was
okay, if she had any injuries, if she required a meal, a ride, anything at all. I looked over at my
wife and her eyes had begun to tear up. That was truly one of the most humbling moments in my
life. In pursuit of life's wants we should never forget to help those who are in need. Even the
simplest acts of kindness can change the course of one's life, that's what Urooj taught me.

Urooj's dedication. In the summer of 2011 my brother's life was taken in a tragic event while he
was on a business trip to Florida. As our family tried to navigate the intricacies of the legal system,
years went on with no formal charges brought against the individual responsible for his death.
Urooj stepped up and established a public petition with over 10,000 signatures on our family's

behalf. She reached out to attorneys and legal groups in Florida, researched avenues we could pursue to help move the wheels of justice forward. And it worked, after 3 ½ years of efforts, the killer was taken off the streets.

Your Honor, I understand the charges against Urooj Rahman. With all of my heart, I know she understands them as well. She has expressed deep remorse for the incidents that led to her conviction. I humbly request Your Honor, in making this decision, that you take into account her full life story and all the good things she has done. She is truly a compassionate, dedicated and honorable person.

If you have questions or concerns, please reach out to me without any hesitation.

Respectfully,

Imran Alam

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

February 28, 2022

RE: Letter of Support for Urooj Rahman

Dear Judge Cogan,

I am a 2016 graduate of the New York University School of Law. Before law school, I was
employed for nine years by the U.S. National Security Agency, working primarily on counter-
terrorism missions. After law school, I worked for the law firm Ropes & Gray LLP in
Washington, DC. I recently completed a clerkship with the Honorable Judge Theodore McKee of
the U.S. Court of Appeals for the Third Circuit, and this fall, I will be clerking for the Honorable
Judge Michael Seabright, Chief Judge of the District of Hawaii. I met Urooj Rahman during my
1L summer in 2014, while completing a human rights fellowship overseas. She has been my
friend for the past eight years, consistently.

Urooj Rahman is an extremely empathetic and authentic human being.  She opens her heart to
others, listening compassionately to their stories and feeling their emotions as if they were her
own. She inspires her peers to embody greater compassion and understanding of the human race,
as well as of the environment. Urooj has served as a mirror to me, explaining with kindness how
I can improve upon my character. I value Urooj's honesty and trustworthiness, and I am thankful
that she is part of my life.

Urooj is a devoted friend.  Over the years, she has helped me heal by turning darkness into light
with humor. She has been a sister to me, always supporting through me through very difficult
times, including through a divorce with an abusive husband and through the loss of my first son.
She was the Godmother to my son. When a woman undergoes such experiences, it is sometimes
difficult to find the right words to show care. Yet, Urooj always knows exactly what to say to
make others feel comforted. Her dedication extends to my family as well. One time my mother
was upset and wanted to dispute a $250 workers compensation claim for a workplace injury. I
told her that it was such a small amount, I would just give her the money instead. Urooj was my
only lawyer-friend to say, "Aunty, I will take a look and I will help you have your voice heard."
That is just who she is—generous, self-sacrificing, understanding, and kind.

I am aware that Urooj has pled guilty to a felony, and as one of her closest friends, I know what
led up to the events of May 29, 2020, and what followed.  The pandemic brought isolation and
pressure for Urooj. She worried about her clients, who bore the brunt of covid-related
shutdowns. In May 2020, Urooj suffered greatly from the end of an abusive and toxic
relationship. I could tell that her mental health was severely compromised. Having spent a
lifetime shouldering the burdens of others, she had no reserves to handle this tremendous
turmoil. It was at this moment that Urooj (and the rest of the world) processed George Floyd's

murder and our nation's collective grief. I believe that in the midst of the extreme emotions she was feeling that night, she engaged in behavior that is entirely uncharacteristic of her.

Since her time in prison and during the course of her home confinement, Urooj has contemplated more deeply her voice, her mistakes, and most importantly, her hope for the future. I have been impressed and inspired by her growth. During this time, she dove deep into uncovering the root of her childhood trauma. She has road-mapped how she plans to live the rest of her life and heal from wounds, which includes getting support for mental health and alcohol issues.

Despite her hope for the future, Urooj is acutely aware of the impact her conduct has had and will have on her mother. Urooj is her mom's primary caretaker. Urooj has sacrificed so much of her life and her independence to take care of her mother. She does so because she loves her mother, and she is the best person to help her. No other caretaker can provide Urooj's mother with both the emotional and physical support Urooj provides. I hope the Court will consider Urooj's devotion to her mother when determining Urooj's sentence.

The events of May 29, 2020, stand in stark contrast to Urooj's previous advocacy work. I know that she has been remorseful every day since. She is devastated that some may call her a "terrorist," when so much of her life has been spent helping refugees flee from terrorism in their homelands. I hope this letter gives the Court more insight into who Urooj is—a kind, selfless, devoted person—and I thank the Court for reading it.


Sincerely,

Salmah Y. Rizvi

Jackeline Solivan

New York, NY

January 30, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Brian Cogan,

I am the Director of Housing at Bronx Legal Services and have known Urooj since June 2019, when she joined our eviction defense unit as a staff attorney. During her time at Bronx Legal Services, I directly supervised her work and interacted with her on an almost a daily basis. I have known her to be an empathetic and compassionate person, and an attorney committed to serving her clients and helping others whenever possible.

Eviction defense work is a stressful practice. Our attorneys often have high caseloads and interact with clients in crises. As a housing attorney, Urooj's passion for serving others was clear to anyone who interacted with her. She was a zealous advocate who pushed agencies to assist her clients, landlords to provide safe housing, and housing court to issue decisions protecting her clients' rights. I recall one particular case in which she secured a subsidy that would prevent the eviction of a young family and pushed for all the conditions in need of repair in the apartment to be corrected before the case was settled. She was a newer attorney and was facing a more experienced attorney (and one of the most aggressive landlord attorneys in The Bronx), but she did not back down. She was prepared to go to trial to ensure that not only the housing was preserved, but that it was safe for this family. Her main goal in the case was that this client's voice was heard. I remember feeling impressed with her commitment to ensure her client's goals were met and her ability to stand her ground while being respectful. Because of her work and tenacity, she ultimately prevented the evictions, and helped enforce the rights, of many low-income families in the Bronx,

She did this work with empathy, respect, and kindness towards her clients and colleagues always. Some of her clients still ask me how she is and send their love and support to her. She also maintained close friendships in the office and often helped her colleagues when they needed it. I also very much appreciated that she has great sense of humor, which helped in processing tough cases and experiences, and all around made working with her fun. It was truly a joy to supervise her given her clear dedication to this work. I am amazed to think of the fact that she did eviction defense work while also caring for her mother at home, which I only discovered after her arrest. Her ability to balance these responsibilities with unwavering compassion and a sense of humor speaks volumes of her character.

In the time I have known Urooj she has been a hardworking and caring individual. I have seen the heaviness of this arrest and conviction on her. She has expressed and shown to me her deep remorse

and regret for her actions. I hope you will consider this and grant this young, compassionate, bright woman leniency in her sentencing. Thank you so much for the opportunity to let me write in support of her.

Sincerely,

Jackeline K. Solivan

Lucy Pedrana

████████████

Queensland, Australia

16 February 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

**Character Letter for Urooj Rahman**

I am writing today to provide a character reference for Urooj Rahman (Ms Rahman) as I understand she has been convicted of a felony.

I currently work as an Assessor with the Department of Justice and Attorney-General in Queensland, Australia. I previously worked as a Lawyer with asylum seekers in Australia and Egypt.

I have known Ms Rahman since February 2018. Ms Rahman and I met while working as Legal Officers at St Andrews Refugee Services (StARS) in Cairo, Egypt. In this role, we provided legal advice and representation to asylum seekers undertaking the refugee status determination process with the United Nations High Commissioner for Refugees (UNHCR), Egypt. Ms Rahman and I worked together from February 2018 to August 2018. In that time, I got to know Ms Rahman well, as we were both expatriates living away from our countries, so we formed a quick and solid friendship as we both worked together and attended the same social events.

In my opinion, Ms Rahman is a dedicated advocate for vulnerable people with a strong passion and commitment to justice. I believe this commitment to justice is informed by Ms Rahman's compassion and empathy for others and a desire to alleviate the pain of others. I have formed these opinions by observing her professional conduct and actions at StARS. For example, I remember one incident shortly after I commenced working at StARS.

One day, I saw Ms Rahman enter our office, and I could see from her facial expressions that she was sad. She explained she had just come back from accompanying a child to attend his refugee status determination interview. During the cab ride back, the child had asked her for a pen, paper and a school bag because all he wanted to do was go to school and learn. Ms Rahman expressed that she knew she had fulfilled her role as his legal representative, but she could feel the unfairness of his situation – a young boy alone in Cairo who did not possess the resources of a pen, pencil and school bag to go to school. Shortly after this conversation, Ms Rahman approached the other departments at StARS (e.g. education and psychosocial) to try to get the child an education grant and school supplies, even though it was not a requirement of our job.

Through our working relationship at StARS, I have observed similar acts of compassion, concern and a desire to seek equality and justice for our vulnerable clients. It is for these reasons that I would ask your honor for leniency.

I hope this information provides an insight into Ms Rahman's character and would be happy to discuss further should it be required.

Yours sincerely,

*Lucy Pedrana*

Lucy Pedrana.

**2**

# FORDHAM UNIVERSITY

THE   SCHOOL   OF   LAW                                                                    FACULTY

February 8, 2022

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Personal**

Dear Judge Cogan:

I write in connection with the sentencing of Ms. Urooj Rahman. I am a senior professor and former dean at Fordham Law School and founder of the School's Center for Social Justice. Ms. Rahman was a student of mine in two courses I teach. One is on the subject of international conflict resolution in the school's summer law program in Ireland, which I founded in 2001 and which she attended in 2013. The other course was professional responsibility. She was an active participant and well-liked by the students in my classes, receiving grades of A-minus and B-plus, respectively. I recall meeting with her in 2013 to offer her career guidance. She expressed in that meeting a social justice commitment for her life as a lawyer. Influenced by that and by her humble background, I recommended her in January 2014 for the law school's prestigious James E. Tolan International Human Rights Fellowship. In my recommendation, I described her as a "warm and caring person, deeply interested in the well-being of others." I noted as well her extracurricular activities with a variety of non-profit organizations and how professional and appropriate she was in our 2013 summer law program, calling her a "credit to Fordham." Ms. Rahman was awarded the Tolan Fellowship and when  she graduated in 2015 she began her career by helping over the next year and a half vulnerable people and underserved communities abroad and later on returning to the United States.

On May 29, 2020, I was shocked to see in the news that she and another young lawyer had thrown what was described as a "Molotov Cocktail" at an abandoned or parked police car. This was not the student I had known, and when I was asked by a classmate of Ms. Rahman to sign a statement of support at the time, I declined to do so, based on what I saw in the news. When recently asked if I would consider writing a letter of support, I hesitated but said I wanted to speak with her lawyer. I then called and spoke with Rita Maxwell, Esq., and she suggested that I also speak with Ms. Rahman. I did so over several calls (plus a zoom meeting), asking her about her conduct on May 29th. As a result, I obtained a much fuller view of May 29th and her conduct, and of her personal situation. I found her extremely apologetic, remorseful and contrite as I listened to steps she has taken to address her conduct, including regular health-related therapy sessions, weekly substance recovery meetings, active engagements in her religion, and continued community service. She also described for me the caring she gives daily to her elderly mother, who lost her husband years ago and more recently a son. Ms. Rahman appeared to me from our conversations the student I once knew and admired for her service commitment to the vulnerable. I said I would be writing to your Honor and supporting her application for leniency. I do so without reservation. She is a person, in my judgment, deserving of a second chance.

Respectfully,

*John D. Feerick*

John D. Feerick

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

February 1, 2022

Re:     Letter of Support for Urooj Rahman

Dear Judge Cogan

I submit this letter in support of my friend, Urooj Rahman. I understand that Urooj has pled guilty to felony charges in the Eastern District. I have known Urooj closely since 2014, when we were both in the small minority of students at Fordham Law who pursued public interest-related courses and shared a passion for international human rights questions.

By way of background, I worked at human rights NGOs in Russia for several years prior to law school and received multiple scholarships at Fordham to specialize in international justice. Urooj and I found a common language very quickly. As I am sure you will hear from many others, her presence in my life has been a strong net positive.

After graduation, our professional paths diverged. I am currently an associate in an international banking practice at Clifford Chance, the English firm – hoping, someday, to return to public interest work. Meanwhile, since graduation from law school, Urooj has made her way defending some of the most vulnerable communities from New York to the Middle East. While it is said that the wrong way is sometimes the easiest, Urooj has made a point personally and professionally to do the right thing, for her family, friends and clients, no matter the difficulty to her personally.

In law school, Urooj was known among our group as one of the most hard-working, passionate, and above all genuine students at Fordham. She pounced on every opportunity to participate in research, reporting and advocacy projects in defense of members of communities who are both under-advocated for, and targeted in terms of various types of abuse, not least by law enforcement. Acceptance into these projects is extremely selective – but Urooj always ended up on the roster, and as I am sure former professors would attest, she was time and again the most valuable student contributor. Urooj was such an exceptional addition to these undertakings that Fordham – unusually – gave her post-graduate funding to stick around for an additional year.

Our work and studies aside, Urooj is the primary caretaker, and companion, of her elderly mother, who is widowed. This is just one example of her tendency – despite her myriad other responsibilities – to prioritize the well-being of her friends and family, taking on as much as she can shoulder. A deeply caring and empathetic person, Urooj is quick to help in a bind and has done so for me more than once.

Urooj is also the most principled person I know, and her principles revolve around the concept of justice. Her work is and, for as long as I have known her, has always been centered on advocacy

for others, without any thought of recognition of her personally. Urooj's clarity of purpose is striking. For these reasons, I was confused when I learned of the criminal charges against her. In many years of witnessing Urooj in her element in heated legal and political discussions, I had never heard a word, or even a signal, of advocacy for violence. However I am aware of severe personal, emotional challenges Urooj faced during and prior to May 2020 and believe that, unfortunately, she acted out on that basis. Having an intimate understanding of Urooj's worldview and day-to-day motivations, I view her actions more than anything as a distress signal. In the time since, Urooj has impressed me with her ability to reflect, without anger, on her situation. She is deeply remorseful, prepared to accept the punishment issued, and hopeful that she will be treated with leniency.

Having known Urooj for eight years, I have no doubts about her very, very strong moral character. In a twist of fate, this case has led Urooj to a deeper level of self-understanding, development, and engagement with her support network. In my view, a prison term would put Urooj's progress at risk – and put those who rely on her in jeopardy.

I hope that you will consider the full picture of Urooj Rahman in sentencing and will conclude that leniency is appropriate.

Sincerely,

Thomas M. Callahan

Dear Honorable Judge Cogan,

I appreciate you taking the time to read this letter before sentencing our dear spiritual sister Urooj. I am a Spiritual counselor and Imam here in NYC of the Sufi Chishty order. We believe that it's important to show love, forgiveness, tolerance, and openness to our fellow humans on this earth. We follow the motto which states that "a friend of God must be generous like a river, must have affection like the sun, and display hospitality like the earth."

Urooj has been attending our gatherings of Divine remembrance and Spiritual education since 2019. She is a warm, caring, loving, and just person. I was very surprised to hear of the incident that took place on the night of May 29, 2020. Because of Urooj's caring and sensitive nature, I felt "how is this possible, she is like a flower that could not even harm an ant".

I have spoken to her since and she is very regretful, remorseful, and especially ashamed for this mistakes. It seems she was overcome with her grief and emotions for the problems going on throughout the country at the time. I believe she is learning to respond to injustice and inequality through the divine attributes of Love, Compassion and Grace now. She has shown an extreme desire to prove herself through these divine attributes.

I hope you can see that her life's work and the causes she has stood for her entire life are noble, and that she is learning to address them with Wisdom & Compassion. I have personally seen her growth and know she is on a sincere path to connecting with the Divine. In our Sufi spiritual tradition, the love of God and connecting with God through our hearts is of the utmost importance. It is this love that I'm seeing Urooj exemplify with sincerity through our spiritual gatherings and on her road to redemption. Through love, mercy, and compassion we can all live a full existence on this temporal plane and Urooj has understood that very well now.

I humbly request that you look upon Urooj with leniency as she is truly a person deserving of a second chance. Thank you very much for your time. God bless you.

Sincerely,

Imam Mujadid Shah

Honorable Brian Cogan                                   February 8, 2022
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I am writing to supply *a character reference for Urooj Rahman*. I have known Urooj for 17 years. I am
aware that Urooj has been convicted of a felony and submitting this reference to appeal to your
leniency when deciding her sentence.

During the Urooj's junior year at Brooklyn Technical High School, she was enrolled in a humanities major
called Technology and Liberal Arts. I taught the Methods Class which was focused on interpretive
research methods many involving studies in law and social justice. Urooj excelled in this course, was a
very enthusiastic participant, and maintained an A average.  I believe it contributed to her pursuit of a
career in law and social activism.

Her full year course under my guidance occurred in the years 2005-2006, and Urooj would graduate with
her major high school degree in 2007.

Many of the exceptional students at Brooklyn Tech in this cohort group, at a highly selective high school
would go on to pursue careers in public policy and law. I remember challenging many to work in fields of
human rights and justice. Urooj was one of those who clearly heard my exaltations.

When I discovered that Urooj had earned a degree in law at Fordham University, I was extremely proud
of her. My respect grew over the years, when I saw that she was devoting her life to representing the
disadvantaged, and particularly her work with refugees. She was working with the downtrodden, the
underdog to give them a fighting chance.

Please consider these selfless acts of service when you are evaluating Urooj's case. She is a very decent
person who is trying her best to support and uplift those who are less fortunate.

I am retired now from my teaching, but I will always remember Urooj as one of those students who
inspired me by the choice of her work and dedication to making a better world. This is the goal as
teacher that we strive for, inspiring the next generation to be better than we were.

Sincerely,

Richard Lubell      Former Law and Society  instructor at Brooklyn Technical High

# FORDHAM UNIVERSITY
## THE SCHOOL OF LAW

FACULTY

February 15, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Urooj Rahman</u>

Dear Judge Cogan:

I understand that Urooj Rahman, my former student whom I have known since 2013, has now pled guilty to possession of a destructive device, and faces sentencing before Your Honor next month.  I write this letter to give the Court a fuller picture of Urooj, beyond her behavior in May of 2020.  At Fordham University School of Law, I am the Associate Dean for Experiential Learning, a Clinical Professor of Law, and the Faculty Director of the Belfast/Dublin Summer Law Program ("Program"), at which I first met Urooj in June of 2013.  Through her participation in the 2013 Program, I came to know her as a kind and sweet person, always concerned for her fellow students and those around her.

The Program was an intense inside- and outside-the-classroom overview of international conflict resolution, international human rights law, and international criminal law, all in the context of Northern Ireland's "Troubles."  Each day, Urooj attended classes into the early afternoon, and then attended at least one additional event, including several opportunities for informal discussions with leaders of both countries' bars.

The main context in which I dealt with Urooj was her participation in my International Human Rights class.  I have given a handful of A+'s in my 22 years of teaching, and Urooj received one of them for her outstanding work that summer.  She actively participated in our daily classes and took full advantage of the unique opportunity to study human rights law in the context of Northern Ireland's "Troubles."  Her questions of me and my teaching colleagues from Belfast's Queens University and Dublin's University College reflected her thorough preparation and critical thinking.  She had a well-deserved confidence in her abilities and a high sense of responsibility.  She often sat in the front row, and she was always engaged in the class dialogue, which at times was necessarily emotionally and intellectually intense.  Urooj's dealings with other program students—both inside and outside of the classroom—showed that she worked well with others and had their respect.  Her final class paper was nothing short of extraordinary: clear and concise, reflecting a mature analysis of the facts and law that one might expect of an experienced lawyer in this area.

I recall watching Urooj network with legal and political luminaries from both countries, using her keen interest and adept social skills to charm her hosts.  To say that Urooj was admired and well liked is an understatement.

In addition, I oversaw Urooj's internship with the Departmental Solicitor's Office of Northern Ireland, which went from June until mid-August. The Office represents the Government of Northern Ireland in judicial, administrative and legislative proceedings. Urooj worked with one of the Office's most senior solicitors, Brian Doherty, who remains a friend of Urooj's to this day. In August 2013, the very understated Brian reported:

> Urooj was an attentive listener, showed an excellent appreciation of instructions, was diligent, and was prepared to probe, analyse, compare and add value from her comparative appreciation of US law. She was particularly effective in her interpersonal skills. Her oral communication skills were never hostile, and she was able to understand and get the best from those she was engaging with. I believe the qualities Urooj displayed in these respects will set her in good stead in a future career in the law.

> On more than one occasion Urooj worked well outside normal working hours, in particular at the outset she assisted colleagues including the Head of Legal Services with supporting the Minister in an Assembly debate which ran well past midnight. . . .

> . . . . Having Urooj was a "first" for us in DSO, and I believe I can record that in good part due to the intern who was selected, the experience was I believe a very positive one for both DSO and Urooj.

Since the 2013 Program, my interactions with Urooj were largely in passing. However, one exchange stands out to me in particular. In 2017, one of the 2013 Program participants passed away suddenly, leaving all of us in shock and sadness. Urooj reached out to me, requesting the contact information for her deceased classmate's parents. I still have that email (March 31, 2017 at 3:21pm), and I am still touched, though not surprised, at how Urooj wanted to console parents who had just lost their daughter. That is who she is.

Finally, my view of Urooj's disposition and professionalism stands in stark contrast to her May 2020 conduct. Nothing in her background suggested that she would perform the acts to which she has now pled guilty. I ask that you recognize Urooj, the whole person, in your sentencing of her.

Sincerely,

Michael W. Martin
Associate Dean for Experiential Learning,
Clinical Professor of Law & Director of Clinical Programs

To: The Honourable Brian Cogan

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn , NY 11201

From: Brian Doherty, Solicitor

████████████████████████ N. Ireland, UK


Re: Urooj Rahman

Dear Judge Cogan,

I am a retired solicitor, qualified in Northern Ireland, and have spent most of my career in the government of Northern Ireland's legal service, (Departmental Solicitors Office), in the main responsible for implementing and overseeing the operation of European Law here (that is, EU and ECHR human rights law), but also serving terms as Deputy Head and Head of that service.

I write to you further to the observations made to you by Dean Michael Martin of Fordham University's School of Law in his letter of February 2, 2022 regarding Urooj. It follows that I am aware that Urooj has pleaded guilty to a felony.

In his letter he made reference to a note I sent him at the time, regarding Urooj's internship in Belfast, when I was her supervisor. She was commended to me as professional, intelligent and collegial,

all of which qualities were borne out in her work with me.  Particular practical memories are of her being selected by the High Court judge to lead in liaison with the judiciary for the judicially linked aspect of her and her colleagues work experience that summer, and how she proved to make a real contribution to the service we provided. Dean Martin's letter also mentions that I have kept in touch with Urooj over the years since, including assisting her in pursuing a Fulbright Scholarship and applying to become a member of the New York Bar. I was happy in both incidences to support her applications.

I wish to say that I see no reason to retreat from the observations I make about Urooj after her internship. They still ring true to the colleague I had worked closely with.

Indeed, on a evening free of internship duties, I recollect offering to take her on a sightseeing trip to the famous Glens of Antrim, and it was a mark of her thoughtfulness for others, that, having checked with me first, when we did go, Urooj managed  to ensure that as many of her colleagues as there were seats in the vehicle were included in the outing. The trip was enhanced thereby, and I was grateful to her for taking the initiative, born of her thoughtfulness.

In conclusion, can do no better than to associate my representations to you with those in the final paragraphs of Dean Michael Martin's letter to you, and to thank you for considering this note.

Sincerely,



Brian Doherty.

May 10, 2022

The Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: Urooj Rahman

Dear Judge Cogan,

It is my pleasure and privilege to write this letter to vouch for the character of my dear friend Urooj Rahman, whom I have known for nearly a decade.

I am a graduate of Cornell Law School, a human rights defender, and a practicing attorney in New York City. I met Urooj through our shared commitments to social justice and human rights, both here and abroad. These are the things which made her a tremendous colleague, which are forever lodged in my mind when it comes to Urooj—these, as well as the kindness and the empathy, the humor, good spirit and vitality, conviviality, generosity, curiosity, the passion and the principle, which make her a great friend.

We met on a legal fellowship while we were students. The fellowship concerned international human rights and humanitarian law in the Middle East. From day one, the above-mentioned traits were evident in Urooj. Our work was grim, but through it all, Urooj's presence was a welcome and memorable respite from all the challenges with which our fellowship confronted us. Urooj was a fun companion, a great conversationalist, and an inspiring colleague. We kept in touch upon returning to the States, even as we went to different schools; after graduating, we both moved abroad to work in international human rights advocacy; eventually, our social justice efforts brought us back stateside, as public-interest advocates in New York City. So one can say our friendship, as well as our shared efforts to advance the cause of justice, span the years, the issues, even the continents.

Urooj's commitment to bettering the world is more than an abstraction. Whether it's personal or professional, helping family or assisting refugees, Urooj has put her skin in the game. She's gone out of her way, and more, to do so. She's hinged her whole career on it. She has been on the "front lines," so to speak, of some of the most pressing (and often thankless, and certainly unremunerated) humanitarian projects, while being exposed to traumas both vicarious and direct. The fact that she's continued to work in the public interest, during the pendency of her case and conditional release, speaks volumes..

I am fully aware of the charges brought against Urooj and the felony she has pled to. All the same, I believe her exemplary and demonstrable record should outweigh this isolated incident in showing Urooj's character.

Thank you for considering this letter.

Yours sincerely,

Jordan C. Manalastas, Esq.

Maesha Meto

██████████████

Austin, TX  ████████

February 3, 2022
RE: Urooj Rahman
To Whom It May Concern:

I have known Urooj Rahman for 5 years and I write this letter of support understanding that Urooj has pled guilty to a felony.

I first met Urooj during the summer of 2017 when we both worked on the Gangi for Mayor campaign. As a young person only beginning to tread waters in the political realm, I looked up to and was deeply inspired by Urooj. She is so incredibly smart, has so much grit, but most importantly, her politics revolves around deep compassion for people. I've always thought that was so special and now try to live my life doing that the best I can also. Urooj is different though.

That summer into the fall, I got to know a person who didn't have guards about helping people. Many of us may feel awkward or scared to approach a person we know may need help. During a petition day, I realized Urooj was no longer next to me as we were petitioning and when I looked back, I saw her talking to a woman for a few minutes. After catching up, she told me that this woman had been crying a lot so Urooj stopped and asked if she was okay. Turns out, she had just been dumped by an abusive partner but was now homeless and didn't know where to go. Urooj had given her her personal phone number and offered her own apartment as a place of refuge for the night until she figures out next steps. I reference that moment whenever I find myself making excuses about helping people. I realize now that our communities are our biggest asset in times of crisis and we should take care of one another. Urooj has always done this and for that, I'll always be her biggest fan.

Urooj is the most beautiful person I've ever met. I say that from the bottom of my heart. Truly, she is an absolute light in this world and despite now living in Texas, I am rooting for her and always look forward to seeing her when I'm in the city. I hope to be able to talk and laugh with her at the dinner table for a long time to come and I hope that you will give leniency when deciding Urooj's sentence.

Sincerely,

Maesha Meto

March 7, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: Letter of Support for Urooj Rahman

To Whom It May Concern:

My name is Norey Lee Navarro. I am a lawyer admitted to practice in the state of New York and I am currently a staff attorney in the Housing Unit at Bronx Legal Services, a nonprofit with a mission to fight poverty and seek racial, social, and economic justice on behalf of low income community members in the Bronx. I write this letter of support for my friend and colleague Urooj Rahman.

I first met Urooj in the summer of 2019 when she became my coworker at Bronx Legal Services. As tenant defense attorneys, we handle high caseloads to defend low income tenants from eviction in housing court proceedings. Our clients are often in trauma and on the brink of eviction by the time they are referred to our office. As a new attorney, Urooj treated her clients with utmost compassion, and effectively handled the pressures of our job with confidence. Urooj was also a reliable coworker, always willing to cover a court appearance in court for you or help research various nuanced legal issues with you.

Most importantly, Urooj has been a valued and reliable friend to me. Urooj and I immediately bonded over our shared experiences as daughters of immigrants committed to using our legal careers to give back to our communities. During this difficult time, we have continued to keep in touch, and I continue to be inspired by her resilience. Urooj is a truly a person of strong morals and work ethic, and I am very proud to call her my friend.

While I understand that Urooj has been unfortunately convicted of a felony, I urge Your Honor to please exercise leniency during Urooj's sentencing. Notably, Urooj's elderly mother will be anxious to have her daughter home as soon as possible since Urooj is her primary caretaker. Please feel free to contact me ███████████████████████ with any questions or concerns. Thank you so much.

Best,

Norey Lee Navarro Esq.

February 8, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Meghna Philip. I am an attorney, and I currently work as a public defender at the Neighborhood Defender Service of Harlem. I met Urooj Rahman in the fall of 2014 through our mutual friend Salmah Rizvi, and we have been friends for the last seven years.

Urooj (or "Roojie", as we her friends call her) is so many things—a loyal friend, a devoted daughter, a loving sister and aunt, a proud New Yorker and Bay Ridge native, and a compassionate person of faith.

When I first met Roojie, it was after she had spent a summer doing an international human rights internship. Through that work, she met Salmah and a couple of my other friends from NYU School of Law, and through them, I was introduced to her. She became part of a group of friends—all of us people of color and first-generation lawyers-in-training with aspirations towards public service—who were anchoring forces for me during law school. We decompressed from the stress and pressure of law school together and encouraged one another in pursuit of our goals. Urooj was always a cheerleader for me and our other friends. She is an incredibly loving person who sees the best in others, and she expresses that love without reservation. She also has a wonderful sense of humor, and a child-like sense of awe for the world around her—she loves animals, and she loves to travel and has a deep appreciation for all cultures, foods, faiths. She was a refreshing and grounding friend to have amidst the exhausted, jaded, often competitive and intensely goal-oriented community in law school.

My individual friendship with Urooj grew as we were both working and living in the city over the last few years. Roojie takes pride especially in Bay Ridge, where she grew up, and its rich melting pot of food and culture. She has been a steady and beloved friend to me through the ups and downs of work, romantic relationships, and family struggles, including my father's struggle with cancer in 2019. We identified with one another over our closeness to our families. I knew she had lost her father several years ago, and also knew she was very close to her mother. And while I had met her mother and been to her apartment in Bay Ridge, my view of what a critical support she is to her family, and how much she has been there for them and for her mother in particular, has deepened immensely since this criminal case has begun.

Since I have known Urooj, she has been passionate about social justice, and about marginalized people all over the world—from her international work on behalf of refugees and politically oppressed people, to her legal services work on behalf of poor people in New York. This passion is rooted in her identity as a Muslim woman, growing up in post-9/11 New York City and

contending with all of its prejudices. Her work has always affected her deeply, because of her empathetic and passionate nature.

Since May 29, 2020, I have witnessed the deep impact of this case on not only Urooj, but also her family and her community. I have witnessed her suffering, and her family's suffering, particularly during her incarceration. When she was incarcerated, I was able to glimpse, through regular conversations with her mother, her sister, and her brother, as well as other friends, the devastating impact that losing Urooj's presence would have in all their lives. Her elderly immigrant mother, who relies on Urooj in every aspect of her life, was bereft at the loss of her daughter's presence, in addition to the loss of her primary support and caretaker—I had many tearful conversations with Arjumand Aunty, in which we prayed together, and in which she expressed her plea that her daughter would be returned to her and be given a second chance.

And since she has been out, and at home, I have observed and been inspired to see the incredible growth in Roojie. She has found work and worked steadily, essentially throughout the time that she has been released, and even during this pandemic. Her energy and commitment to her work every single day—work that constructively and positively engages her passion for advocacy and social justice—is amazing to see. Urooj found a zhikr prayer group, and has recommitted herself to her spiritual journey, relying on her faith and community to get her through the unexpected and devastating loss of her brother a few months ago. She has been an extraordinarily supportive and generous friend to me, through some of my own personal struggles this year, including supporting me in preparing for my wedding, and sending me encouragement and prayers as I dealt with the difficulties of direct services work for incarcerated people during this pandemic.

If given the chance, Roojie will continue to grow, and to support her family, friends, and community.  We have had many conversations together, reflecting on this journey, and praying for the future. Her prayers are always full of love, compassion, and generosity, that her family and friends will be safe and supported in their struggles. And they are full of forward-looking hope. Urooj has my unconditional support, and I know she has the same support from our other friends, from her faith community, and from her family.

Sincerely,

Meghna Philip

Meghna Philip

[redacted]

[redacted]

Brooklyn, NY

January 27, 2022

To:     Honorable Brian Cogan
        United States District Judge
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

Dear Judge Cogan:

I am thankful for the opportunity to write this letter in support of my friend and former colleague, Urooj Rahman. I am a Supervising Attorney in the Housing Unit at Bronx Legal Services where I have worked since 2015. I worked closely with Ms. Rahman when she was a Staff Attorney at Bronx Legal Services in the Housing Unit.

Bronx Legal Services currently has two offices, and Ms. Rahman and I both worked at the location at 369 E. 148th Street in the Bronx. Ms. Rahman's office was down the hall from mine, and we saw each other daily. Our work is primarily focused on eviction defense, and we carry a relatively high case load which can be quite stressful and challenging.

My experiences with Ms. Rahman make clear that she is a person with exemplary moral character. Ms. Rahman was a kind, dedicated, and passionate advocate for her clients and an asset to the legal profession. I observed Ms. Rahman to be a fast and eager learner who never hesitated to take on complicated cases even as a new housing attorney. I admired how Ms. Rahman often sought guidance from other attorneys and staff in our office; her work was always client-centered and never about her ego or her own personal recognition. Every time I worked late into the evening, Ms. Rahman was still in the office when I left.

We practice primarily in Bronx Housing Court which can be an intimidating, volatile, and high stress environment where our adversaries are frequently hostile, inappropriate, and disrespectful, especially to young women of color like Ms. Rahman. It is not an easy place to work, but I was always extremely impressed with Ms. Rahman's ability to stand up for herself and her clients in a professional manner. Ms. Rahman's clients were fortunate to have her by their side.

Aside from being an excellent attorney, I also know Ms. Rahman to be a wonderful person. She has always treated everyone at work with kindness and respect. She has a particularly close relationship with a Senior Paralegal in our office with whom I also work and know very well. They had to share a windowless office for several months due to space constraints. It was not an easy circumstance to manage when starting a new job, but the two of them bonded quickly over their great senses of humor, and they remain close. This is just one example of Ms. Rahman's positive impact on our office.

Ms. Rahman is selfless and reliable. She would never hesitate to help a friend or family member or cover a task or court appearance for a coworker. Ms. Rahman lives with and cares for her

elderly mother and always prioritizes her mother's needs. If she has a friend or family member who is ill, she is the first person to send them food or something comforting. I never heard her complain about her responsibilities even after nights when she was the last person to leave the office. Ms. Rahman maintained these qualities even while suffering the devastating loss of her brother last year.

I am aware that Ms. Rahman has been convicted of a felony. Nonetheless, I have a deep appreciation and admiration for her, and I wholeheartedly believe she will be an upstanding member of the community moving forward. She has expressed deep remorse for her actions and continues to work on becoming a better version of herself while serving others. I respectfully request leniency in her sentence.

Thank you for the opportunity to write this letter in support of Ms. Rahman. It is my hope that this letter helps demonstrate Ms. Rahman's exceptional moral character. Please do not hesitate to contact me regarding the contents of this letter.

Sincerely,


Sara E. Smith

Brooklyn, NY

Samira Shirdel

Oakland, CA,

February 1, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Judge Cogan,

I am writing on behalf of Urooj Rahman, who I have been good friends with for about 5 years, during which I have experienced her to be a kind, caring, and compassionate individual devoted to the wellbeing of her community, as well as the communities she serves with her legal work.

I am a non-profit professional who has worked in various capacities over the past thirteen years, primarily supporting immigrant survivors of gender violence, as well as in homeless and housing advocacy and, more recently, in an administrative and finance role at a small public foundation.

I first met Urooj in the summer of 2017, when we both volunteered time to work as part of a diaspora delegation organized through the War Resisters League, the oldest secular pacifist anti-war organization based in the US. As part of this delegation, we traveled to Athens to provide cultural, linguistic, financial, and legal support to the refugee population. We set out to work with various groups and organizations serving the refugee community at a time when there were over 60,000 refugees in crisis, living in camps and squats all around Greece. Urooj was the only attorney who was a part of this delegation, so she played a vital role in providing legal assistance to many of the primarily Syrian and Afghan refugees. As part of this volunteer work, Urooj organized and conducted legal advisory clinics for refugees seeking asylum. She worked with many refugees and never denied support to those who requested it of her, often tirelessly working to the limits of her own capacity. There were many long evenings Urooj and I shared in Athens, where we talked openly, at times even sharing tears about the devastation and crisis we were witnessing amongst the refugee community. I believe this is when we became closer, as friends, and I got to really know Urooj.

I continuously witnessed the depth of Urooj's compassion in Athens, but there is one instance in particular that was impactful for me. Urooj had just met a young, queer refugee from Syria who was in Greece without any family, and was struggling with isolation, homelessness, and intimate partner violence. When Urooj learned that he not only needed someone safe to talk to about his recent experiences of violence, but also needed a safe place to stay, Urooj arranged for him to stay for a few nights at the (already overcrowded) AirBnB where our delegation was staying. During this time, both Urooj and I worked to provide emotional support for this young man. We

also sought out resources from a LGBTQ refugee rights organization in Athens. Ultimately, Urooj helped him to secure more stable housing through a local refugee organization. This not only meant that he could have a safe place to stay longer term, but that he could also build community and receive more support as he began a new chapter of his life in Athens. This kind of heartfelt advocacy is what I think of when I think of Urooj.

Urooj Rahman is a kind, and compassionate individual who cares deeply about the communities she serves, and it shows in the work she does as an attorney, as well as how she shows up for her friends and family everyday. I am aware that Urooj has pleaded guilty to a felony charge, and I hope that her generosity, her dedication to her values, and her long track record as an advocate for vulnerable communities will be taken into account when the court considers her sentence. Thank you.

Sincerely,

Samira Shirdel

March 7, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Humzah Soofi.  I am an attorney licensed to practice in New York and currently working in the corporate finance practice at Akin Gump Strauss Hauer & Feld LLP.  I write this letter in support of Urooj Rahman understanding that she has pled guilty to a felony.  I met Urooj in 2014 through a mutual friend from NYU Law who interned with her that summer.  Urooj was an immediate and natural addition to my social circle and we have been good friends for the last seven years.

Urooj is one of the most empathic and compassionate people I know.  Her generosity is notorious – she's known to bring Tupperware to dinner to avoid wasting leftover food, and once she's collected it, so begins the hunt to distribute it to someone in need.  Being in Urooj's presence made it difficult to just think about oneself.  I wasn't sure if it was because she was from this city, that she was always so connected to the struggles and hopes of her fellow often forgotten New Yorkers in a way that the rest of us new arrivals or transplants couldn't really understand.  I know she struggled as a young Muslim youth in the hostile post-9/11 NYC environment, and I know she has gone through more than her fair share of tragedy, from the death of her father to mental illness in the family to taking on the responsibility of being her mother's primary caregiver.  I think only someone who has experienced deep pain can genuinely exhibit the level of empathy that Urooj regularly dispenses effortlessly.

Urooj's empathy is matched by her wit and sense of humor.  She is always cracking jokes and lifting spirits around her.  Again, I suspect her pain adds depth to her humor, adept at finding the silver linings in difficult situations.  But as much as Urooj can be silly, I know she brought a certain gravity and sense of righteous indignation to her zealous advocacy, be it working with refugee populations abroad or tenants facing eviction here at home.

When the cat my roommates and I adopted had several kittens a few years ago, the first person we thought to ask to take one in was Urooj, knowing her loving nature wouldn't let her refuse.  I know she was devastated to lose that companion last year.  She lost her older brother within a matter of days after, and when I attended the funeral, my heart broke to talk with Urooj's mother, Arjumand Aunty, who was not only grieving her son but also holding her breath facing down the prospect of losing her daughter and primary support system as well, depending on the outcome of this case.

In the last few months, a few friends including Urooj and myself started a small writer's circle to encourage each other to work on our respective writing projects and offer each other feedback.  I have been lucky to read Urooj's extraordinary written work, often grappling with her incarceration

experience after her arrest in this case.  It's clear Urooj has suffered greatly and feels remorse for the actions that led to her conviction, and has processed this difficult crisis in her life to grow and gain wisdom from the ordeal, and become more rooted in her faith and spirituality.  I'm just one of many that has been touched by Urooj's light and love, and who will be rooting for her no matter what.

I'm happy to answer any questions you may have and thank you for your careful consideration in our dear friend's most trying hour.


Sincerely,

Humzah Soofi

Sarah Amin
Pittsburgh, PA

January 27, 2022

To the Honorable Judge Cogan,

I am a lawyer licensed to practice in New York, New Jersey, and Pennsylvania. I have known Urooj Rahman for over 25 years and I write this letter of support understanding that Urooj has pled guilty to a felony.

Urooj and I grew up in the same neighborhood, attended the same elementary school and junior high school. Our families have been close since Urooj and her family moved to Brooklyn in 1994.

From a young age, I have seen Urooj work hard and excel in school. She has always been a contributing member of our community, volunteering as much as she can, and devoting her life and career to those in need. Urooj is loving, caring, empathic and strong willed. She supports and cares for all those in her circle and is constantly working on becoming a better person and in making this world a better place. Her passion for social justice has dictated her career choices, from going to law school to working abroad with refugees, she has devoted her life to helping those in need.

Unfortunately, we both share the trauma of ours fathers untimely deaths. Urooj lost her father first, at the age of 23. The loss of her father greatly impacted Urooj. After the death of her father, Urooj willingly took the responsibility of taking care of her elderly mother.  As her mother's caretaker, she accompanies her mother to all of her doctor's appointments, does her groceries and errands, and financially contributes as much as she can. At a young age, when most people in their 20's move away from home, Urooj chose to make her mother a priority and take care of her.

Four years after Urooj's father passed away, when I lost my father, Urooj was my pillar of support. She made sure my family was loved and cared for. At the time, Urooj was working with Refugee Rights Turkey in Turkey, but carved out time to visit me in the U.S. That gesture defines who Urooj is as a person-- she always prioritizes the health and well-being of others.

Over the 25 years that I have known her, Urooj has only exhibited love, compassion, and support for my family. I trust that she will continue to dedicate her life to doing good and caring for others.

Since Urooj's arrest in 2020, I have seen her continue to work tirelessly to help her mother and contribute positively to her community all while dealing with the stresses of being charged with a felony. She has expressed deep remorse for the incidents that led to her conviction.

I would be happy to answer any questions. Please feel free to contact me anytime at

Sincerely,

Sarah Amin

# ADEEL M. BASHIR

OFFICE OF THE FEDERAL PUBLIC DEFENDER, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
*Assistant Federal Public Defender, Appeals Supervisor, D.C. & N.Y. Barred*

Tampa, FL

February 10, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Brian Cogan:

My name is Adeel Bashir, and I am an Assistant Federal Public Defender and Appellate Supervisor with the Office of the Federal Public Defender for the Middle District of Florida. I have served as a Federal Public Defender for over a decade, during which I have litigated and obtained victories on a complete array of criminal cases in the Federal District Court, Court of Appeals, and U.S. Supreme Court. Furthermore, I regularly speak and write nationally on topics of substantive criminal practice, criminal justice reform, and prosecutorial discretion. I am also the President of the American Muslim Bar Association (AMBA), a representative body of U.S. lawyers, legal professionals, and aspiring attorneys committed to the practice of law and the pursuit of justice in both the public and private spheres.

I have had the privilege of knowing Urooj both in my capacity as President of AMBA and as a friend. As your Honor is well familiar, among the key factors the Court considers in imposing a sentence includes the history and characteristics of the defendant. In this regard, Urooj's life is accentuated by her selflessness and compassion—her kind heart, commitment to combatting systems of racism and discrimination, and dedication to serving the interests of the most marginalized members of our society and throughout the world. Not only has she devoted her career to advocate for fair housing policy on behalf of low-income N.Y. City residents, but even while under indictment she has been the catalyst for much of AMBA's work in promoting the rights of, and pushing for policy change on behalf of the vulnerable, including: the Uyghur people, victims of religious persecution, refugees, asylum seekers (in particular at-risk Afghan refugees following the U.S. withdrawal from Afghanistan), and most recently those suffering from systemic inequity of housing standards in working class and immigrant communities that led to the tragic Bronx fire, just to name a few.

Beyond this work, I can say with confidence and experience that Urooj is often the voice of moral reason, inspiring myself and others to think beyond our own daily lives and to use our voices and privilege in practicing law to help others. As a true testament to her character, Urooj champions for the interests of others with no ego—that is, no expectation of a reward for herself or recognition. We are all in need of better angels in our life that push us to be better versions of ourselves, working toward the betterment of humanity. Urooj is that voice, and her dedication to causes beyond her own speak to her selflessness and good virtue. Our work at AMBA would suffer

# ADEEL M. BASHIR
### OFFICE OF THE FEDERAL PUBLIC DEFENDER, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
*Assistant Federal Public Defender, Appeals Supervisor, D.C. & N.Y. Barred*

Tampa, FL

without her contributions, including my own, as would the needs of the community without her grassroots advocacy.

As someone a defender working alongside Urooj during her time under federal indictment, I can sincerely say she has sought only to care for her elderly mother and to better herself and society in a way that our sentencing system seeks to recognize in determining a fair and just punishment for wrongdoing. Urooj, the person, I believe should heavily factor in fashioning a sentence. I hope your Honor agrees and applies leniency in sentencing.

Thank you for considering this letter, and should your Honor have any questions I am more than happy to speak further on Urooj's fine qualities.

Sincerely,

*Adeel M. Bashir*

Adeel M. Bashir

Sangeetha Kowsik

New York, NY █████

████████████████████

8/12/2022

Dear Judge Cogan,

My name is Sangeetha Kowsik and I am writing this letter to speak to the character of my friend Urooj Rahman. I met Urooj through NYU, where I have served as the Hindu Chaplain since 2016. I am aware that Urooj has been convicted of a crime, and I hope this letter helps the Court learn a bit more about Urooj.

As a Hindu Chaplain and designer, I have done many interfaith programs and lectures with the Islamic Center at NYU, which is where I first met Urooj. She is very kind, compassionate, open minded, and openhearted. She is passionate and faithful and regularly attends the Mosque's programming, but because of her compassionate heart, she has made an effort to learn about Hinduism as well. This shows her love and respect for all ways and walks of life, a trait that is highly admirable.

I am a designer by profession whose work is about bringing together diverse communities. Though I am Hindu, I'm also an Islamic calligrapher. It is extremely rare for a Hindu person to practice Islamic calligraphy. Urooj has always supported my art and design and has shared my work widely among the various communities that she serves.

She is loving, kind, and caring towards all regardless of faith, background, or social status, and always willing to help those in need. She lives a life of service to the communities around her. I hope this letter will serve as support and shed light on her character.

Sincerely,

Sangeetha Kowsik

Abhinav Dantuluri

Brooklyn, NY

March 2, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Urooj Rahman

Dear Judge Cogan,

My name is Abhinav Dantuluri. I live across the hall from Urooj Rahman ▮▮▮▮▮▮▮▮▮▮▮. I first met Urooj in June, 2021, when I encountered her cat, Basil, in our hallway. Over the past seven months, I have grown close with Urooj and I now consider her a dear friend. Urooj is a kind, thoughtful, and caring neighbor who I've grown to rely on.

I am writing this letter knowing Urooj has been convicted of a felony. I actually remember hearing about this case during the summer of 2020, first learning of it on Twitter. I was shocked to find out that this person I read about turned out to be my new neighbor when I moved to Brooklyn. I had donated to Urooj and Colin's bail fund. Knowing the seriousness of their charges, I had also wanted to support two fellow attorneys who I knew cared deeply about racial justice. Meeting Urooj was one of the most pleasant surprises - people always talk about how people in New York never care about their neighbors, but I am so glad that I have gotten to know Urooj.

I have just started a new chapter of my life - just having graduated law school at UCLA and starting a new job at Brooklyn Defender Services. Urooj was a valuable mentor to have as I transitioned from finishing law-school remote to moving across the country to studying for the bar exam to starting a new job. Urooj has been a calming presence and valuable mentor through a stressful and hectic period of my life, and I am grateful for it.

Urooj has also been a role model in the public interest legal field. I saw firsthand how much dedication and passion Urooj brought to her work in achieving housing justice. I once ran into Urooj in the lobby of our building and she was on a Zoom on her phone with the brand new Muslim Bar Association, something she helped to organize and create. Urooj has been through so much during these past few months, but was still making time for initiatives that were important to her. I have a lot of respect for what Urooj has accomplished as an attorney and for how she has followed her passions.

In spending time with Urooj and her family, I have also observed how positive of an influence Urooj has been for her family. Urooj is her mom's caretaker, and I've seen how much care, love, and compassion she shows to her mother. She fondly refers to her mother as her "roommate," which shows her sense of humor and how special her bond is with her mother.

Through this challenging and grief-filled period of her life, Urooj is continuing to persevere. She has shared with me ways she is working to be healthier – mentally and physically. She has been working on regulating her sleep schedule, using sleep aids and other techniques. She speaks fondly of her Zikr group meetings, where she bonds with her community over prayer and meditation.

I pray for this Court to show Urooj leniency. While I understand how seriously the Court views these charges, I hope this letter demonstrates just a snippet of how special Urooj Rahman is to her friends, family, and communities.

Thank you for taking the time to read this letter. Please do not hesitate to reach out if you have any questions or concerns███████████████████████

Best,

Abhinav Dantuluri

From: Dr. Loubna Qutami
Asian American Studies, UCLA
████████████
North Hills, CA ████

To: Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


To the Honorable Judge Brian Cogan,

I hope this letter finds you in good health and spirits. My name is Loubna Qutami and I am an Assistant Professor of Asian American Studies at the University of California, Los Angeles. I am a former President's Postdoctoral Fellow from the Department of Ethnic Studies at the University of California, Berkeley as well as the former Executive Director of the Arab Cultural and Community Center in San Francisco, California. My research and teaching pedagogy concentrate on critical refugee studies, youth social movements, Arab American studies, race and the U.S. Census, and Indigenous and Women of Color feminist thought.

I am writing today as a testimony to the good character of Urooj Rahman who I have been honored to know for five years now. I first met Urooj in the summer of 2017 when we both volunteered to support newly arriving refugee communities in Athens, Greece. During our time volunteering together in Athens, I learned so much about Urooj's character. She is kind, compassionate, and holds a strong and compelling commitment to justice, freedom, and rights for all. Urooj offered translation, transcription, emotional, legal, and other forms of support to refugees who had arrived at the EU with nothing more than a dream of a different future. She was an intentional listener, carried herself with humility and grace, and worked diligently to connect refugees with the appropriate resources and support they were in dire need of.

While Greece is home to refugees from across the African and Asian continent, Urooj did not discriminate and instead provided support for refugees of different ethnic, religious, and racial backgrounds, and political subjectivities. She saw the humanity in every person and treated them with dignity and respect. From supporting Afghan refugee women and children facing intimate partner violence, to connecting Iraqi, Palestinian, and Syrian survivors of war and torture with legal resources, finding safe housing for a Syrian queer refugee youth, to assisting Turkish-Kurdish refugees fleeing persecution in Turkey and Pakistani minorities fleeing persecution in Pakistan, Urooj was able to think and act quickly, ethically, and efficiently in a very psychologically taxing environment.

I am aware that Urooj has recently pled guilty to a felony. As a scholar-activist, I have interfaced with thousands of people on local, national, and global levels. In my view, very few hold an unwavering commitment to justice, consistent integrity, compassion, and the ethical maturity that Urooj has always demonstrated. She persistently places the needs of others above her own, and

has always been transparent, authentic, and gracious in her relationships with everyone. I ask the Honorable Judge Cogan for leniency based on what an exceptional human being, lawyer, activist, and friend Urooj has been to so many. She has a bright future ahead and I cannot wait to see the many more lives she will touch.

Sincerely,

Loubna Qutami
Assistant Professor
Department of Asian American Studies
University of California, Los Angeles
█████████████████

**Aimee J. Carlisle**
Bronx, NY

May 1, 2022

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Letter of Strongest Support for Ms. Urooj Rahman

Dear Judge Cogan,

My name is Aimee Jeanne Carlisle, and I write this letter to offer my unwavering support of Ms. Urooj Rahman.

I am a senior attorney in the legal department of criminal defense practice at The Bronx Defenders, a local public defense provider. In this position, I have trained thousands of defense attorneys throughout the state on New York criminal law and procedure. I also work on special litigation matters and continue to represent as lead counsel low-income individuals accused of crimes.

I have the immense privilege of being a dear friend of Urooj. Urooj and I have been friends for approximately eight years. I was one of the first people who learned that she had been arrested in this matter. I was present at court when she pled guilty in this case. It is from this intimate perspective that I offer my strongest support of Urooj.

If I could describe Urooj in one word, it would be: compassionate. Her love, empathy, and dedication to protecting others' wellbeing knows no bounds. For the near decade that I have known her, she has always prioritized and served the needs of other people. It was of course no surprise to me when she chose to pursue a career in public interest and specifically to advocate on behalf of the same Bronx community with whom I work. As Your Honor knows, the Bronx is one of the most economically under-resourced communities in the entire country. Urooj chose to go where the need was greatest. She brought an immense amount of compassion, zeal, and excellence to that work and to that community.

Urooj has always been a tremendous advocate. She overcame so much to become an attorney. The rescission of her license and end of her career will be a major loss not just to Urooj but to our profession, to the community, and to the clients she otherwise would have served.

I have also had the tremendous privilege of witnessing Urooj's compassion, love, and immense responsibility inside of Urooj's own home. I have passed many nights with Urooj and her mother. Even though we are of different faiths, Urooj has invited me to celebrate many holidays with her family. I treasured every dinner and every conversation, as Urooj treated me with

hospitality, compassion, and generosity. I have seen firsthand that Urooj takes her caregiving responsibilities for her mother very seriously. Her mother depends on Urooj for financial support, for assistance with chores and other tasks, and for companionship. Watching them interact and witnessing Urooj treat her mother with such gentleness, respect, and humor, is always one of the highlights of these evenings.

Over the past two years, Urooj and I have spent countless hours together talking, praying, and reflecting on everything that caused her to make a series of poor decisions on May 30, 2020 that were completely out of character for her. I know that Urooj wishes she had made better choices that day.  I also know that Urooj is committed to doing so. She is continuing her therapy and spiritual practices to better herself. She had truly grown into a wiser person through all of this.

I offer my strongest support to Urooj and my assurance that I will continue to stand beside her as she navigates her life during and after this case.

Thank you very much for your consideration.

Best regards,

Aimee J. Carlisle, Esq.

March 4, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Judge Cogan:

My name is Amnah Almukhtar. I am a PhD Candidate in the history department at Columbia University. I went to Fordham University with Urooj, back in 2007-2011, so I have known her for about fifteen years, and we have become close friends since then. She was also a legal intern at the Center for Constitutional Rights while I was working there as an administrative associate, so I have worked with her in a professional capacity as well. I write this letter of support understanding that Urooj has pled guilty to a felony.

Urooj is an incredibly caring and loving person who always checks in on her friends and family. She is goofy and playful, and is always up for a fun game night and photos at the photo booth at a party. She lives with her sweet, loving, and welcoming mother and the two are always entertaining guests with a generous meal in their humble space, making sure everyone is taken care of before they help themselves.

She has done a lot of traveling in her life, which is a testament to her openness to new people and new experiences, constantly taking herself outside of her comfort zone and always prepared to face the unknown. I can't keep track of all the impressive projects and work Urooj has undertaken, as she is constantly engaging with the world in new ways, always led by her heartfelt desire to play a part in improving the lives of others. She has engaged in several means of trying to achieve that end, including legal work, electoral politics, grassroots organizing, and direct-action volunteer work. We need more people like her in this world, whose number one priority is being of service to others and fighting injustice in all its forms, regardless of who is afflicted. Her empathy is so strong that she carries the hurt of others, both loved ones who are near and strangers who are far.

She has been deeply hurt by the loss of her father and her brother, and she absolutely does not deserve to face any more suffering. Her mother, too, cannot afford to lose Urooj, who is her caretaker. Urooj is reeling from the deep remorse and regret for her actions on a single night, and I and her community hope and pray that this terrible mistake will be forgiven, and we ask for your leniency.

Sincerely,

Amnah Almukhtar

**Zachary Burk**

Paris

France

**February 9, 2022**

To the Honourable Judge Cogan,

My name is Zachary Burk and I currently reside in Paris working in the field of development finance at the French governement's aid agency "Agence Française de Developpement" supporting the deployment of renewable energy projects. I am an American/French citizen and grew up in Portland, OR. I am writing you today to plead for your leniency in the case of my friend Urooj Rahman.

I first met Urooj while working for this same agency in Cairo in 2017, when she arrived in the city to work for a refugee legal support agency called "St Andrews Refugee Services (StARS)". Urooj stayed at my house for the first two weeks of her stay in Cairo as she searched for an apartment.

When I met Urooj, I was baffled that somebody qualified to practice law in the US, had chosen to come work in Egypt for nearly nothing (however noble the cause, I believe she was only getting paid a couple hundred dollars a month). As our friendship developed, it became clear that this choice was part of a wider pattern. I learned that Urooj is a uniquely empathetic and caring person, vastly more concerned with the well-being of others than her own personal situation. Despite me working in the field of "international development", I have come to realize that those people who actually make the effort to uphold and apply the values they display in public are rare, and Urooj is one of them.

I watched Urooj work tirelessly in Cairo to aid young refugees (mostly fleeing wars in Sudan and the horn of Africa) in navigating Egypt's Kafkaesque bureaucracy in hopes of gaining asylum and legal status in Egypt or elsewhere. I would often come home from a night out and find Urooj on the couch (she quickly became a fixture in our group of friends and was always welcome) on her computer writing emails or a legal brief for one of her clients. Although I could tell that things weren't easy for her – the work was clearly very tiring and she was worried about many other things – she would never talk about herself and always keep a positive attitude.

Urooj was admittedly more up to date than I – who had been living abroad for nearly 10 years – when it came to the burning social issues back in the US. We got into more than one heated debate over topics of systemic injustice or inequality, but she was always patient in her approach, and ready to hear other people out even when they were espousing positions or views antithetical to her own. Because she was willing to listen and reflect, I was too.

I was shocked when I first heard about Urooj's arrest during the protests that rocked the US in 2020—these acts seemed so out of character and do not correspond to the Urooj I know. In the times we have spoken on the phone since the incident she has shown nothing but regret and remorse for her actions that night. Though I am awe-struck in her capacity to continue working to provide for her mother and contribute to important causes in her community amid such devastating pressure, if there is anybody I would expect this from it would be Urooj. I only recently heard about the death of her brother—through a friend, as again Urooj is not one to talk about her own problems—and cannot imagine the additional toll this has taken on her family.

I am confident that Urooj is a fundamentally good and exceptional individual with great capacity to contribute positively to her community. I beg to consider this plea for leniency when deciding her sentence.

Sincerely,

Zachary Burk

Honorable Judge Cogan,

I met Urooj in the summer of 2017 while working together on Bob Gangi's mayoral campaign in New York City. I was campaign manager and Urooj was our main point for all things policy. She was a staple in our team, made up on young college students trying to make a difference in the city we loved. She taught us every day through her leadership, knowledge and commitment to our little family we had created. I still consider Urooj family and have reached out to her countless times for council when I was in need of guidance. Whether that be something historical related to my studies in Political Science or when a friend was wrongfully charged and we needed to find a lawyer.

My name is Alicia Bella Cabezas and I work freelance in both political and artistic realms. During a political debate in 2017 I had a major anxiety attack listening to the misinformation being told by some of the candidates. Urooj pulled me aside and calmed me down. She helped me see the bigger picture and remember why we were there. She gave me space to feel my emotions and helped me focus again on the hope we had in our campaign.

Personally, Urooj became family. She invited me to one of her dinner parties at her and her mother's apartment where I met people from all walks of life. We were all together because of Urooj. That's what she does, she brings people together through love, experiences and of course food. I got to see another side of Urooj there that further exemplified her caring nature. I saw her with her mother, who she speaks so highly of and takes such great care of. Urooj inspired me as a young college student. I wanted to be more sophisticated and mature because of her. She showed me that you can be an intelligent, independent woman and have fun with your friends without partying hard. She is a true inspiration to me and is one of the main reasons why I still work in human rights and politics. Urooj is the kind of woman who is always up to do what is right. She will always be available if someone needs her.

I know that Urooj regrets her actions and has learned the weight that her actions carry. She is a woman who takes ownership over her actions and grows from them. I know she will do everything in her power to grow from this experience and will continue doing so if given the opportunity. I cannot fathom having to imagine Urooj anywhere but a part of the world, a part of our society. She is someone we need in our society. She is someone who helps make our world a better place because she brings hope to those who often feel forgotten; both in her work and personal life. Please do not hesitate to reach out if I can be of any further assistance.

Thank you for your time, truly.

Sincerely,
Alicia Bella Cabezas

February 2022

February 13, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Judge Cogan,

I am a licensed architect registered in the state of New York. I have graduated from the New York Institute of Technology with a Bachelor of Architecture.

I have known Urooj Rahman for 26 years and we have attended the same schools from elementary to high school. We have been very close friends since the second grade. She has always motivated me to do well in school, even at a young age. I sometimes look back at our old photos holding up our "Certificates of Achievements" and thinking how proud we were at that moment, and how funny we looked with our huge Harry Potter glasses.

The best moments of our childhood were the times Urooj convinced me to participate in a bunch of extracurricular activities. I was an extremely shy child, but Urooj helped me a lot in my early years to come out of my shell. We've done many things together, from performing in talent shows to giving our time volunteering at a soup kitchen. Even with an insane workload in college, I remember she was always active in the campus life and tried to be involved in as many activities as she could possibly handle.

We would lose touch here and there throughout the years, due to busy schedules and life getting in the way, but she has always made an effort to reach out to me just to see how my family and I are doing. She would run into my mother in the neighborhood and chat with her in the politest way. She was there for me when my father passed away almost 3 years ago. At that point I had not seen her for months, but she showed up and comforted me at the darkest time of my life.

I am sure the way Urooj has touched my life so positively, she has touched so many more in the same way. And no matter what happens in her life, she continues to be the same passionate, positive, and caring person she was from when I met her 26 years ago.


Sincerely,

Stephanie Susanto

█████████████████

February 18, 2022

Cristina Castro

███████████████

Brooklyn, NY ███████

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Dear Judge Cogan:

I write to respectfully request leniency for my friend Urooj Rahman who pled guilty to a felony charge stemming from her involvement actions that took place during the protests in the aftermath of George Floyd's murder. I am a Senior Staff Attorney at the Housing Unit at Bronx Legal Services where I have practiced eviction defense for over six years. I first met Urooj when she joined the Housing Unit in June of 2019 and was impressed by her gentle nature and professionalism. Since that time, I have learned that Urooj is a tireless advocate for her clients, a generous daughter who cares for her elderly mother, a loving sister, an amazing friend, an overall wonderful person, and a valuable member of society.

While working with Urooj, I learned that her dedication to serve New Yorkers at risk of eviction was informed by a long-standing commitment to serving the public interest. At Bronx Legal Services, Urooj fought tirelessly to prevent numerous low-income tenants from facing homelessness with dedication and compassion for all her clients. Urooj was well-liked by her clients, colleagues, supervisors, court personnel, and even opposing parties' counsel. I also observed that her passion for social justice was not limited to the work she did at Bronx Legal Services but extended towards our greater society and that she cared for the injustices faces by all marginalized people across the world.

Urooj is wonderful person who has given so much of herself to others. I know that since her arrest she has reflected deeply and expressed remorse for her actions. I also know that she has endured several personal tragedies during this time, including her brother's unanticipated death. These events have shaped her into a better person. My hope is that a lenient sentence will allow her the opportunity to continue to grow into the extraordinary person she is meant to become—not only for her benefit but also for all those who stand to gain from her many wonderful attributes.

Thank you for considering this letter. I would be happy to further discuss Urooj's many great qualities at further length and can be reached at ████████████████████

Sincerely,

*Cristina Castro*

Cristina Castro

Jee Eun Gahng, Esq.

Seoul, South Korea

January 28, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

I write this letter to attest to my friend Urooj Rahman's good character. I am the founder of WeCampaign, a company in Korea that strives to better the livelihoods of the disadvantaged by giving people equal access to valuable information.

I have known Urooj since 2012 when we both started attending Fordham Law School. I consider Urooj not only my friend, but a sister. I am aware that Urooj has been convicted of a felony. Urooj is a well-known human rights advocate and a passionate defender of justice among her friends and colleagues. Her grit and dedication to serve others is truly one of a kind. A possible jail sentence also concerns me as I know her mother very well; it will definitely affect Mrs. Rahman's health and will leave her without a caretaker.

Not only is Urooj a selfless daughter, she has also dedicated her time and knowledge to work in service of others both in New York and globally. She always pushed past constraints to spread goodness, despite how draining or consuming her work would become. Her work helping refugees in Egypt and Turkey reflects that venerable part of her. Urooj has also been actively engaged in advocacy for marginalized communities in NYC. Although there may be times where she feels despair and disappointment, she always picks back up and keeps working to advocate for others and be a productive member of society. Personally, Urooj has also organized a beautiful bridal shower for me where all the people I truly love came to mark the special occasion. I'm so grateful to have such a thoughtful friend. Urooj is also the one who organized a memorial for our friend, Alina, who passed away in 2016. It was always the three of us at our law school. Urooj has always been there for me and Alina with her heart and thoughts. Her genuine care for others and willingness to sacrifice for others cannot go unnoticed if one knows her.

It is my deepest wish that you see Urooj in context for who she really is – the many years of her dedication and selfless work represent enough facts to provide a clearer picture of her true loving self. She's given so much to others and will do so for the rest of her life.

I would be more than happy to discuss Urooj's good character and qualities. Please do not hesitate to contact me.

Sincerely,

Jee Eun Gahng

January 28, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Brian Cogan,

I am the Executive Director and co-founder of a NY-based non-profit organization, Refugee Solidarity Network (RSN), that works to support the rights of refugees and host countries overseas. I graduated from Fordham University School of Law in 2009, some years before Urooj was a student there. I benefitted from many of the same inspiring faculty that Fordham has, and this was in fact how I came to be introduced to her, through a mutual professor in 2015. When conversing with her for the first time, I came to understand her passion for defending the voiceless, both domestically and around the world.  Urooj attended a fundraiser for RSN held in New York. She expressed her interest in working in the same field and I felt that she could add value to the organization. In late 2015, Urooj, myself, and colleagues at Fordham Law worked to design a post-graduate fellowship in human rights wherein she would work with RSN's partner organization in Istanbul, Turkey and then with RSN. I provided training to Urooj and coordinated with our partner for her start date in late summer of 2015. Urooj worked with our partner office for about 9 months. Throughout that time I stayed in touch with her and her supervisor's at our partner's office. In addition to her performance as a legal advisor for asylum-seekers navigating the UNHCR status determination process, we discussed the plight of her clients.

In June 2016 Urooj returned to New York and began a 5 month long fellowship with RSN. After Urooj's fellowship ended in late autumn 2016, I remained in touch with her as a friend and colleague in public interest law, amounting to a period of over 5 years at the time of her arrest. The mix of having supervised her in a work capacity as well as getting to know her personally allowed for me to understand her values and as someone deeply committed to public interest law. I interacted socially with her over those years and came to understand her connection to her community in Brooklyn and her close relationship with her friends and family.

I am fully aware of the fact that Urooj has been convicted of a felony offense. I was shocked to follow the case against her, which displayed a major exercise of poor judgment on her part. I know that Urooj understands the deep mistakes she made in that volatile time when our society faced upheaval. I ask that this chamber consider her track record of public service and her role as a caretaker for her elderly mother as a basis for leniency in her sentencing.

I am happy to provide further information if necessary. I can be contacted at

Sincerely,
Zaid Hydari

Hon. Judge Brian Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Hon. Judge Cogan,

My name is Fatima Amin, I am 37 years old and I live in New Jersey with my family. I am the Assistant Director of Respiratory Therapy at a Hospital in Brooklyn. I am writing this letter to present my sincere account of who Urooj Rahman is to me and to many others.

Urooj Rahman has been a very special part of my life for three decades. We grew up together in Bay Ridge, Brooklyn. She is 4 years younger than me and has always been like a younger sister. Growing up, she used to spend a lot of time in our home with my family. We would do homework, watch TV, play games, have dinner together. My parents loved and treated her like their own. She was always a very simple, down to earth, comfortable person to be around, and she still is today. I have seen her grow from an adorable, innocent, jovial child to the intelligent, compassionate and loving woman that she is today. I have seen her through much of her life's journey thus far, and while it wasn't always easy, she always awed me in the way she handled herself. She suffered the loss of her father at an unexpected time, and being the youngest sibling still living at home, she instantly became her mother's support and strength. She took on this role with the utmost responsibility and sincerity. She worked hard through law school and was always determined to give back to the community, stand up for the rights of others and help anyone she could in any capacity she could. I remember the time she tried so hard to save an injured baby bird she found in the neighborhood. I remember the times she watched my 90+ year old grandmother when my mother, her primary caretaker, had to run errands. She is the first person I would think of if I needed anything because of how caring and responsible she is.

This is a small description of Urooj's simple and beautiful character. The action that led to her arrest was a single mistake that was never meant to hurt anyone, and was made in a moment that she regrets sincerely and deeply. This act by no means defines who she is, and who she has the potential to become. Since her arrest, she has shown in multiple ways how she wants to direct her life towards positivity and growth. She has focused inward on her spiritual development. She speaks to her loved ones about the things she never wants to take for granted again, and how she will approach all decisions and pathways of life moving forward. It is clear to me that she will never do anything to jeopardize the safety of others, and focus on what is best for herself and her mother. I am confident that she is genuine and determined about this.

I hope that in light of Urooj's character and history, she will be shown the highest level of leniency. Thank you for taking your time to read this letter.

Respectfully,

Fatima Amin

Ali Issa
Brooklyn, NY ████

March 11, 2022

To the Honorable Judge Cogan,

My name is Ali Issa. I direct a small economic justice nonprofit in New York City where I have
lived for the past 15 years.

I first got to know Urooj Rahman when I was helping organize a delegation of volunteers to
support refugees in Greece in 2017. Knowing that Urooj had worked as a tireless advocate for
refugees during her time in Turkey, I was thrilled when she accepted the invitation to join a
group of volunteers headed to Athens, use her Urdu to help with interpretation with social
service organizations there, and bring back those experiences to share with community
organizations and advocates in the United States.

I have been Urooj's neighbor ever since I moved to Bay Ridge, Brooklyn in 2013, but after
supporting her trip to Greece, I got to know the important role she played in our neighborhood.
Through living just a few blocks away, I was able to witness Urooj's profound commitment to
her Mother, and our local community more generally. Her ████ apartment has often served as
a warm place for gathering mutual friends.

Having also visited Urooj many times since the 2020 events that led to her conviction, I can say
that she has demonstrated a deep thoughtfulness about how she wants to continue giving back in
the future. She has handled the felony charge with a poise and grace that has been a wonder to
myself and our shared friends. In addition to remorse she's described feeling, she has remained
very devoted to her faith, providing an imporant model of engagement with social justice issues
from within NYC's Muslim community.

I would be happy to answer any questions you may have. Please feel free to contact me anytime
at ████████████

Sincerely,

*Ali Issa*

Ali Issa

Honorable Brian Cogan

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

March 30th, 2022

**Character letter for Urooj Rahman**

Dear Honorable Judge Cogan,

I've known Urooj Rahman since roughly 2007, when we were both students at Fordham University. Almost immediately, I was able to connect with her due to her warmth and generosity.

Urooj has been a good friend for me since then, always giving advice when needed, showing interest in my own life and providing support when needed. She frequently asks about my family and loves to catch up when we're around each other's neighborhood. In her own life, Urooj takes care of her mother, as well as two adorable cats. In the past few months, I've been able to meet more of Urooj's friends and I can tell you that she surrounds herself with people of character.

I can assure you that of the many people I've come across during my lifetime, Urooj's character is one that inspires me to always live with integrity and be a person of positive influence. I do this through teaching in the classroom, being a good family member, and a positive friend to others. Urooj is one of the best influences I have.

If you have any other questions, please let me know.

Thank you and have a great day.

Jon Haines

May 5, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Cogan,

My name is Sophia Gurulé and I am an immigration attorney and interim immigration policy director at
The Bronx Defenders. I write to you in my personal capacity to support my dear friend, Urooj Rahman.  I
am aware that Urooj has been convicted of a felony, which in no way deters me in writing this letter of
support.

Urooj and mine's friendship has evolved over 12 years as we have navigated college, law school, and
working as attorneys providing indigent legal services in the Bronx. For as long as I can remember Urooj
has been a kind, supportive, thoughtful, and funny person. We first met in a "Politics of New York City"
class in Spring 2010 at Fordham University when I was a sophomore, and she was a junior. She was also a
Resident Advisor in the Fordham dormitory where I lived, so we regularly saw each other and interacted
on campus. Even after we both graduated Fordham, we remained in touch as we shared a similar
commitment to social justice that would continue to define and bring our lives together.

Urooj was first to venture into law school and she acted (perhaps unknowingly) as an important guide for
me as I navigated law school, summer internships, and a career in law. I distinctly remember when we both
attended the Law for Black Lives Conference held at the historic Riverside Church of New York in July
2015. The conference provided space and opportunity to meet like-minded people who were working to
support Black communities across a wide variety of issues, including policing, environmental justice,
transgender rights, international human rights, and migrant justice. I remember connecting with Urooj at
the conference and feeling encouraged to see a familiar and friendly face as I had just finished my first year
of law school and was feeling alienated and alone in pursuing my law degree. She told me about her
experiences working in international human rights and inspired me to stay on my path, showing me how I
could continue to honor my principles and values as I pursued a law degree.

Urooj and I would continue to stay in touch beyond law school as we both ended up working in indigent
services in the Bronx -- her at Bronx Legal Services in the Housing Unit and me at The Bronx Defenders
in the Immigration Practice. It was again reassuring that a friend I had known since college was only a few
blocks away, doing similarly challenging work motivated by a love for the community. Not all attorneys
share a passion for serving the community, and even among that smaller subsect of attorneys, not all
attorneys maintain friendships that go back to their early college years. Suffice to say, my love and
appreciation for Urooj continued to grow over the years as our lives continued to overlap and intertwine.

I was devastated when I heard the circumstances of Urooj's arrest in June 2020. Urooj is a kind-hearted,
self-less person who deserves a second chance. In the interests of justice, I respectfully and humbly request
that you exercise leniency for my long-time friend, Urooj Rahman.

Respectfully submitted,

Sophia Elena Gurulé, Esq.



666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

January 31, 2022

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Urooj Rahman; *United States v. Rahman*, 20-CR-203 (E.D.N.Y.)

Dear Judge Cogan,

I had the pleasure of supervising Urooj Rahman when she was a volunteer legal intern at the Center for Constitutional Rights (CCR) in 2015, while she was in her third year at Fordham Law School. CCR is a legal advocacy non-profit that was founded 55 years ago by lawyers representing civil rights activists in the South. To this day we continue to work with communities under threat and movements seeking social change to take on oppressive systems of power.

Urooj came to CCR with a deep, longstanding commitment to social justice and a breadth of experience advocating for human rights alongside marginalized communities facing oppression around the world.  While at CCR, Urooj worked on our First Amendment litigation defending human rights advocates who had been retaliated against for speaking out.

Urooj was thoughtful and communicative, and eager to work and learn.  She gladly took on a variety of legal and factual issues, no matter how mundane, in service of justice and equality. Urooj is compassionate and empathetic, and truly cared about the clients. She possesses a strong faith and moral convictions, advocating for human rights, marginalized communities, and those with less power.  Urooj is also exceedingly humble and sincere, with a kind, gentle, and serene presence.

Over the years, Urooj has reached out on occasion to connect regarding human rights advocacy that CCR is working on, or that she is working on, to offer her assistance or an opportunity for engagement and solidarity. Her dedication to social justice, across a broad spectrum of issues, is through-and-through.

Sincerely,

Maria C LaHood

Maria C. LaHood
Deputy Legal Director

Hon. Judge Brian Cogan                                                      February 10, 2022
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Dan Le and I am writing this letter of support with the understanding that Urooj has been convinced of a felony. I was born and raised in Portland, Oregon, but now reside in Los Angeles, California working as a Graphic Designer.

I've known Urooj for about 7 years, first having met her in 2015 in Istanbul, Turkey. I met her through my brother, Han, who was also living there at the time. He met her at a tiny restaurant with no name which we all deemed "Lift," since they sent your food up to your table using a tiny elevator/lift. Han and Urooj noticed each other as expats and decided to introduce themselves and it turned out that they had a mutual friend they both had met in Cairo. I remember the day Han told me about meeting her. "Oh man, I just met this girl Urooj. Hilarious. You gotta meet her, you'll love her." So I did, and he was right. I can't pinpoint what it is about Urooj, but when you meet her, it feels like you've known her your whole life.

I have many memories of Urooj during my 2-years in Istanbul. One memory that stands out to me was at my house one night when there were a few friends over. Urooj and I had gotten into such a deep conversation about life and about our families and how we were raised. Eventually, she told me about her dad's passing and I, too, shared some traumas from my life. We sat on the ground of my kitchen floor, embraced each other, and cried together, leaving the shoulders of each other's t-shirts sopping wet. As most 20-somethings do while living abroad, I met a lot of people in a short amount of time in Istanbul. However, this embrace shared with Urooj on the floor of my kitchen was the moment I knew our friendship would outlive my time abroad, and last for the rest of our lives.

I remember Urooj discussing how work was for her. She worked at a place called Refugee Rights Turkey. She put in a lot of hours to help refugees during her time in Istanbul. I know it took a physical, emotional, and mental toll on her, but she never complained. It was really inspiring to see how much she put into helping others, while most other expats were there mainly to party.

In 2018, my brother got married in Italy. Urooj was in Cairo at the time, and even though it was a difficult time for her to leave work, she made it happen. Even some of my relatives didn't make the trip. But Urooj did. I remember how comforting it was to see her face, in between the faces of family and friends from all over the world, knowing that Urooj was one of the most loyal friends you can have.

I have another distinct memory, more recently, of a birthday zoom call for Urooj's birthday. I left that birthday call with cheeks that hurt from smiling and a heart that was warm to the touch. We all went around the room telling our favorite Urooj stories. There were people there from all different eras of her life, and it was a treat to bond over loving and caring for Urooj. At the end, her mother sent us off with a birthday blessing and prayer that made me tear up.

I am in awe of Urooj's big heart and respect her deeply.

Sincerely,
Dan Le

January 26, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

My name is Faiyaz Jaffer, and I am a chaplain and faith leader in the greater New York City community, with my primary post at the Islamic Center at New York University where I have served for the last 6 years. I am writing to you to demonstrate my long standing friendship with a very valuable member of my community, Urooj Rahman, who I have personally known for the last several years.

My work as a chaplain and faith leader guides me to observe individuals from not only the socio-communal lens, but also allows me to calculate their character. Urooj's politeness, emphasis on positive values, and genuine passion in her desire to learn and grow spiritually are certainly recipes for long sustained growth as a believer in her religious tradition, but more importantly, as a person.

Honorable Judge–I am well aware that Urooj has been convicted of a felony and is set to be sentenced on March 10th. And this is all the reason why I want to demonstrate a unique side of Urooj that I have witnessed over the past 4 years. I serve a Muslim community of approximately 10,000 unique individuals, and there are not many people who are dedicated to their faith tradition, their family and their community in the way that Urooj has shown. She has been an attentive congregant with a strong desire to learn and grow in her spiritual connection with her faith. She is motivated by all the values you'd expect–mercy, compassion, love, justice, generosity etc.

Urooj is a friend of incredible character, charisma and potential and I am proud of the way she has grown and developed over the years.

If you should have any questions or concerns, please do not hesitate to reach out me ███████
████████████████████████████████

Regards,

Faiyaz Jaffer
Associate Chaplain  | Center for Global and Spiritual Life at NYU
Senior Research Scholar | Islamic Center at NYU

May 2, 2022

To The Honorable Judge Cogan,

My name is Nicholas Nuñez, and I'm writing to you today in enthusiastic support of Urooj Rahman, who I understand has pled guilty to a felony in your court. I am a television Producer based out of New York, and I had the pleasure and honor to meet Urooj over 10 years ago in college.

Before I was born, my father was convicted of a violent crime, and character letters from the community helped the judge learn who he was and inspired the court to give him a shorter sentence. Without this, I wouldn't be here today with the loving, caring father that I have; I think it is only right that I take a moment to do the same for one of my most compassionate and kind friends, Urooj Rahman.

I met Urooj at Fordham Lincoln Center in the 2010s when I transferred into the school. She was my orientation leader. She took me under her wing, she spent time with me outside of functions, exploring the city, studying together in the library, and comparing stories about growing up in different boroughs of the city. She was one of the smartest human beings I ever met, but unlike other students in fancy schools, she was never condescending, cruel, or harsh. She was always eager to educate those who wanted to learn. I remember how stoically she told us about the fasting process for Ramadan while in our school cafeteria.

We stayed friends for years after college, even though she had to bury herself in books for law school. When her father passed away, I saw her change into a more serious person, someone who still had deep love for her friends, but someone who saw their responsibilities more clearly. She practiced her faith more openly, she openly spoke about family obligations during our 20s (a time in our lives in New York City where it wasn't very cool to be so family oriented), and she made sure the work she did helped people. Her dedication to helping others inspired me and our other friends.

After her arrest, I was devastated and wanted to do everything I could to help her. When we finally got to speak with her, all she cared about was making sure that we (her community of friends) were okay. I couldn't imagine how anyone could be thinking about her friends and what they must be going through while dealing with this, but it makes sense — nothing matter more to her than her loved ones.

I learned this lesson in a very personal way in July of 2021. My brother unexpectedly passed away on July 29, 2021, only three weeks after my college roommate did. Urooj was persistent on making sure that I was okay. She called and sent texts as frequently as she could, telling me she would be with me if she could. I was deeply comforted by her actions.

When her own brother passed away shortly after mine in a tragic coincidence, we were able to connect on a level that neither of us wanted to be able to. It reminded me that Urooj is a unique

human being, her passion is deep but her compassion runs even deeper. I finally got to see her at her new job, and after being able to talk in person about all that had happened, I got to see her interact with her community. The love that she gives is repaid to her tenfold because of how genuine it is. In a world where communities are shrinking every day, she is an asset to hers that helps the people around her grow every single day.

She has expressed remorse every time I've spoken with her since her arrest. I feel genuinely blessed to know her and to have seen her since her arrest. Being able to communicate with her and knowing that she is able to currently be by her mother has brought me more comfort in the past year than most anything else.

I humbly hope that you take these words into consideration. I would be more than happy to answer any other questions █████████████████████████████

Thank you for your time,

Nick Nuñez

Shahil Lalloo
███████████████
Ridgewood, NY ██████

April 26, 2022

To whom it may concern,

My name is Shahil Lalloo and I am a Senior Quality Assurance Engineer at a tech agency in Brooklyn. I was born in South Africa in 1992 and moved with my parents and two brothers to North Carolina in 1998. I lived there until I moved to New York in 2018. I met Urooj in February 2021 and have gotten to know her and her family very well in the last year. The prayer group we are a part of meets every Friday for spiritual reflection, meditation, and prayers. Additionally, Urooj and her mother have been kind enough to invite us into their home for beautiful meals and prayers.

I know Urooj as a passionate and empathetic individual who fiercely cares for the well-being of others – not only her own family and friends, but her neighbors, community, and people from every walk of life in all parts of the world. I've seen her speak up for those less privileged on multiple occasions and I admire her knowledgeability in the actionable steps people can take to help communities around the world that are at risk or in need. Urooj plays an active role in these communities. Since her arrest, Urooj has continued to do social justice work, while working for two different nonprofits. For the first, she was working to provide economic support for marginalized small business owners. For the second nonprofit she is part of now, she contributes to systemic policy initiatives against discrimination. Additionally, she is currently volunteering with the American Muslim Bar Association, assisting asylum seekers, and doing advocacy work for impacted marginalized communities.

I also know Urooj as a loving and selfless daughter, sister, and friend. When we meet on Fridays for our spiritual gatherings, in the case where we share meals Urooj makes a point to ensure everyone has enough to eat and drink. She contributes to our meals, helps serve tea to folks after dinner, and assists with clean up when time permits. Moreover Urooj is an active listener and a devoted friend. When anyone has a loss in their family or is going through some difficulty, Urooj is the first to offer her condolences and support. Her compassion and strong moral compass is appreciated throughout the prayer group. We are like a big family and Urooj is a beloved and cherished member of that family.

In her own family, Urooj is a pillar of support for her elderly mother and consequently for her whole family. Especially following the tragic loss of her brother, Urooj has remained selfless and caring for her family and others. Urooj's mother, our "Auntie Arjumand" as we call her, relies on Urooj for daily support. In the times I've visited the Rahman household, I've seen firsthand how important Urooj's role as a caregiver is. Urooj takes care of the groceries, keeps the house clean, and takes her mother to doctor's appointments. Overall, Urooj is responsible for her mother's comfort and well-being.

Urooj is remorseful for her actions and seeks forgiveness every day. She has submitted to the will and mercy of God and the law. I understand that Urooj pled guilty but lenience in her sentencing would be a mercy that would allow her to continue taking care of her dear mother and give her a second chance at life.

Sincerely,
Shahil Lalloo

**February 1, 2022**

*Hon. Judge Brian Cogan*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Zain Abidi. I am an immigration attorney, and I currently work with the Los Angeles office of Jackson Lewis P.C. I am entering my third year of practice as an immigration attorney.

I met Urooj through a bar affinity organization; at the time, I was a first year associate looking to give back, and Urooj was instrumental in helping me build my pro bono practice, which consists mainly of affirmative asylum seekers escaping life-threatening situations in their country of origin. At the time, I had no experience filing asylum cases; Urooj not only introduced me to potential pro bono clients, but also guided me through filing my first few asylum cases. She received no payment or consideration for any of this work, and she went above and beyond in ensuring I had the most up-to-date case law for my asylum cases. It is safe to say that many people owe, or will owe, their lives to Urooj, as her work was instrumental in ensuring oppressed individuals had a second chance at life.

As you may know, Urooj has undergone tremendous personal and professional tribulations over the last year and a half. And yet, I have not seen her waver in her commitment to helping those in need. She has served as a resource not only to myself, but to those asylum seekers who needed someone to talk to when they had left the world they knew behind. This is a testament to her character; the fact that someone facing jail time and dealing with personal loss can still pick up the phone everytime someone in need needed her help is an attestation to Urooj's commitment to bettering her community, helping those less fortunate, and putting the needs of others before her own.

Urooj has my unconditional support, and I know she has the same support from our other friends, from her community, and from her family. I can say with certainty that Urooj is a positive force on American society, and god-willing, she has a long life of service to this community ahead of her.

Sincerely,

Zain Abidi

Los Angeles, CA

Tiffany Berruti

New York, NY

To Whom It May Concern:

My name is Tiffany Berruti and I work as a Campaign Finance Board Analyst. I have known Urooj Rahman since June of 2017. We worked together on the Bob Gangi Mayoral campaign, where I found Urooj to be a very empathetic, intelligent, and hardworking co-worker. We have since stayed in contact while she has studied human rights law. I hope the government and court will consider her total good character, along with the extenuating circumstances, and give leniency.

Our specific job together involved street canvassing to get the necessary signatures for our candidate to be on the mayoral ballot. Urooj always showed up for her shift, almost seven days a week, and would often stay extra hours without being asked. She also would engage with those who signed our petition in a deeper way, giving young students advice on advocacy and getting into law school, directing homeless people towards social services, and providing any personal or professional advice she could offer. That commitment, compassion, and generosity of spirit is what I remember most about working with Urooj. Upon the conclusion of the campaign, Urooj traveled abroad to provide legal aid to refugees.

For as long as I've known her, Urooj has been deeply committed to the people in her community. I remember us walking down her block, and Urooj stopping to talk to everyone we came across, asking about their lives, and providing any support she could offer. During the COVID-19 pandemic, Urooj made some deliveries for elders, to ensure they could get groceries and other necessary items without risking exposure.

I understand that Urooj has pleaded guilty to the charges she is facing. I do know that she has shown regret and remorse. And I can attest to Urooj's upstanding character.

Sincerely,

Tiffany Berruti

Han Le
Los Angeles, CA ██

January 30, 2022

To the Honorable Judge Cogan,

I have known Urooj Rahman for nearly seven years and I write this letter of support understanding that Urooj has pled guilty to a felony.

I met Urooj in 2015 when we were both living in Istanbul. At the time, she was working for Refugee Rights Turkey. I quickly came to know Urooj as someone who routinely and selflessly demonstrated kindness and compassion, both personally and professionally, and often at her own expense. Her inexhaustible drive to do good, during a particularly dark period in Turkey – to put it mildly – is something that has made an impression on me long after I left the country.

Although our time in Istanbul overlapped for just about a year, I consider her a close friend and am fortunate enough to have been able to meet up again in various countries since 2015-2016. In 2018, while she was working in Cairo, she made the effort to travel to my wedding; apart from the usual obstacles involved in international travel, this particular trip came at considerable cost to her private and professional life. Anyone would have been perfectly excused in her situation, but that is simply not who she is. If there are actionable ways to demonstrate love and support, you can count on her unfailingly.

This is also not a unique observation. Over the years, I have also been fortunate enough to meet some of her friends – from childhood, college and more recent colleagues – and regardless of how long someone has known Urooj, they all have echoed the same sentiments.

In our conversations since her arrest, Urooj has expressed deep remorse for the incidents that led to her conviction. The Urooj that I know is someone who has worked tirelessly to help others, and there is not a doubt in my mind that given the chance, her efforts to continue doing so, and making the world around her a better place, will only be galvanized.

I will be happy to answer any questions that you may have at ███████████

Sincerely,

Han Le

Anusha Ravi

Brooklyn, New York

April 21, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Urooj Rahman

Dear Judge Cogan,

My name is Anusha Ravi and I am Urooj Rahman's neighbor as of June 2021. I first met Urooj a few weeks after my partner Abhinav and I moved into the apartment across the hall, and she has become a dear friend ever since. Over the past seven months, I have learned how compassionate, empathetic, down to earth, and resilient Urooj is, and she has personally impacted me in a number of positive ways.

I first learned of Urooj's arrest last summer, when it was national news amidst the protests for racial justice in the wake of George Floyd's murder. At the time, I was a law student at UCLA, working remotely for the Bronx Public Defenders. I read about Urooj and her background growing up in Brooklyn, as well as her caretaking duties for her mother and role as a housing attorney for low-income residents in the Bronx. At the time, I felt compassion for Urooj, her family, and her clients, knowing the turmoil they must be experiencing as she was in detention and experiencing her absence in their lives.

We met Urooj shortly after moving to New York to study for the Bar exam, and she was so supportive during this stressful period. Preparing for the Bar exam, and starting my career as a lawyer, was the beginning of a time of terrible anxiety and stress for me, and Urooj has been a compassionate friend while I have struggled through mental health issues for the past seven months. Urooj has supported me by offering me a listening ear, giving me company through lighthearted movie nights, sharing food and sweets with me, practicing Urdu with me, and even taking me to her  Sufi zikr (Islamic mystic practice) group when I was interested in spiritual guidance.

Urooj has shown me through these actions how empathetic, compassionate, and present she is as a person, even when she is experiencing her own issues. At a time when it would be easiest to withdraw emotionally, she still shows up time and again for her friends, family, and community.

I have been moved by observing Urooj's role as a caretaker for her mother, Arjumand Aunty. Since living across the hall, I have gotten to know both of these women and grown to deeply respect their caring and tender bond. Arjumand Aunty has hearing loss, arthritis, and breathing

issues, and due to her age, limited mobility. Throughout her strict curfew, Urooj makes sure to grocery shop for her mother, schedule her medications, help her navigate her doctor's appointments, coordinate family visits with her siblings and cousins, cook for her, translate for her, and countless other caregiving tasks. I remember one occasion when Urooj asked me to check on Arjumand Aunty in the lobby when there was a drunk man around and it was past her curfew, so she wasn't able to check herself. She is a responsible, attentive, and skilled caretaker and I deeply admire these strengths of hers.

While Urooj is committed to those around her, I also want to highlight her commitment to herself, and share the steps she has taken to become more mentally and physically healthy. She attends weekly Sufi spiritual group services, and she is very close with the other members as well as the Imam. She regularly sees a therapist and psychiatrist and has taken steps to regulate her sleep schedule and get exercise. I have had many conversations with Urooj about how she is trying to stay focused and positive despite the uncertainty of her future, and I have tremendous respect for her strength during such a challenging time.

I pray with this Court to show Urooj leniency. I understand that these charges are serious, and I know that Urooj truly understands their gravity. For the past year and a half, Urooj has demonstrated a committed effort to comply with the court's orders, and to better herself in any way she can. I know that she will continue to do great things, work to stay productive and positive, if she is granted the opportunity to remain with her family and loved ones.

Thank you for taking the time to read this letter, and please let me know if I can provide any more information in support of Urooj.

Best,

Anusha Ravi

# SS
## PROJECTS

*April 28th, 2022*

*New York, NY* ███

**ATTN:**
**HONORABLE BRIAN COGAN**
**United States District Judge**
**Eastern District of NY**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

*Honorable Brian Cogan,*

*My name is Sanna Shah and I've been living in New York since 2012. I'm the owner of a small design services business, SS projects LLC. I hold a Masters of Architecture(2011) from the Rhode Island School of Design and a B.A. from Emory University (2008).*

*I'm an active member of a spritual community group that values non-judgement, peace, and community service. I know Urooj from her attendance at our weekly gatherings of meditation, prayer, food, story telling, and communal song.  I have known her for over three years now, particularly as a friend and community member with high-spirits and a love for political discourse and social justice.*

*My parents immigrated from Kashmir, India in the 1970's, where political tensions have been ongoing since the British Partition of India and Pakistan. Urooj has lent an active ear and has been sincerely concerned with my extended family and their safety during periods of political instability over the past few years. Her love for equality and her empathy for the oppressed is not limited to her own personal experience.*

*I was deeply saddened to hear of Urooj's sentencing, and I understand she has pled guilty to a felony. Since her bail was granted, she has been continuing to attend our gatherings and I have witnessed a general shift in her temperament to one of quiet solemnitude. She has shared her grief both verbally and tacitly. I hope that your decision regarding the future of her life is made with mercy, compassion, and overall fairness. I wish you luck with your impending task at hand and hope for the best for Urooj's future and the future of our collective community in New York City.*

*Thank you,*

*Sanna Shah*
*M.Arch*

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

March 9, 2022

Dear Judge Cogan:

I first met Urooj Rahman about 8 years ago when my organization, The Police Reform
Organizing Project (PROP), engaged her law school clinic on a joint report. She was the key
coordinating person on the team of law students preparing the document, receiving my
comments on various drafts and making sure that her team met all the required deadlines.

Urooj later became a member of my mayoral campaign staff in 2017, serving as our policy
director/coordinator. My experiences with Urooj were consistently positive. She's smart,
thoughtful, responsible, & very caring. She was easy to get along with & got along well with
others. It is a cliche, but true in this case: Urooj was a pleasure to work with.

Within the campaign, Urooj pressed us often to develop and support policy positions aimed at
achieving true justice and equity for all New Yorkers. Although our campaign encountered
procedural and financial hurdles, she and the rest of the team continued to work hard and hope
for the best outcome until the very last day of the campaign.

During the campaign, Urooj was unfailingly good-humored, & always respectful of both me &
her colleagues on staff. Whenever there was a heated discussion about a policy position or
campaign strategy, she was the staffer who was most often a calming influence that helped us
achieve a consensus about the matter on the table. She proved to be a reserved, mature person
while always maintaining a strong presence in the room -- a unique blend to find in one person.

A perhaps unusual memory that stands out for me from that time is how Urooj related to my dog
Gatsby who could fairly be characterized as a high maintenance animal. Among his habits that
most people found annoying was his insistent barking or scratching at you for attention and pets.
Urooj was unfailingly patient with him, soothing him with soft words and touches. He loved her
and greeted her excitedly whenever she came into my apartment for a meeting.

Urooj now works with me at PROP again, doing valuable research on justice-related subjects and
participating in weekly sessions regarding our different efforts, such as our PROP Art Show and
Court Monitoring Project. Her experience as a seasoned lawyer and professional advocate serves
us well in these discussions with our young interns and volunteers looking to her for knowledge
and guidance.

Urooj is one of the dearest & endearing people I know. She is a very empathetic individual who
is sensitive to the needs & moods of the people around her. I am enjoying again the chance to
work with her. When her brother tragically passed away this past August, she became even more
resilient despite her extreme grief. On one occasion she & I had a telephone conversation where

she spoke rather eloquently & movingly about her spiritual faith & how her "loved ones' souls were ascending to join the upper realms of the universe," as she put it. She kept prayers & strength alive for her mom & family, although she was in a lot of pain.

I very much appreciate the opportunity to express my views to the court about a person I've come to know well and to admire deeply.

Please feel free to be in touch if you have questions or would like more information

Many thanks for your consideration.

Sincerely,

Robert Gangi

Robert Gangi
Director, Police Reform Organizing Project

NYC, NY

Dear Judge Brian Cogan ,


I am Ramy Saad, a Data Engineer based in New York. I have known Urooj Rahman since Spring 2019 through a contemporary sufi Islamic faith group that meets 1-2 times per week to foster faith within a healthy community. In my 3 years of knowing Urooj I have known her to be an outstanding young woman who is kind-hearted, devoted, honest and noble.

I have seen her practice the utmost compassion, tenderness and grace with her elderly Mother, who Urooj Rahman is the sole caretaker of. I have had the great pleasure of visiting their home on multiple occasions and was treated with and saw nothing but kindness and warmth, of which Urooj embodies outside of her home on a daily basis. From selflessly cooking and serving our community, to wholeheartedly dedicating herself to peaceful activism, to raising awareness on humanitarian matters, to supporting her mother to walk, to even holding a door for myself — Urooj is an outstanding citizen.

Being that I have known Urooj since 2019, observing each stage of her arrest has been difficult. She showcased immediate regret and remorse for her actions in relation to not only the law, but also family/community and above all her own character/principals. Her rehabilitation under house arrest has been an interestingly transformative experience in that it gave her space to breakdown and come to new realizations about her beliefs, actions and all that led to them. Her pleading to guilty stands as a testament to her sincere remorse.

As a result of her experience thus far, it has led her closer to her faith and has allowed her to transform her principles which are rooted in compassion and peace. Currently, Urooj is a core member of our community and we are endlessly thankful for her diligent service and delightful presence which has increased tremendously since her arrest.

As her last name implies, Rahman (Compassion), I have witnessed Urooj's fellow community members and myself positively influenced directly by her inherent compassion which we collectively hope to continue benefiting from. We plead, alongside Urooj and her elderly Mother for her leniency.


Thank you,
Ramy Saad



**NEW YORK UNIVERSITY**

*A private university in the public service*
Islamic Center at NYU
Global Center for Academic & Spiritual Life



New York, NY

TO: The Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


I am writing this letter of support for Miss Urooj Rehman who I have known for the last 8 years. I formally served as a Department Chaplain/Inspector for the NYPD  and currently serve as the University Chaplain for NYU and Executive Director of the Islamic Center at NYU. I first met Urooj when she started to attend events and services at our center.  Over the years I've seen her grow in numerous ways and consider her to be one of the kindest, most caring people I know.

Urooj's  most distinguishing qualities are also her most endearing ones. Her patience, discipline and dedication to meeting her goals despite any obstacles that have been placed in front of her are amazing. Urooj lost her father in her early 20s and aside from sustaining a severe loss, she simultaneously became a primary caretaker of her mother.  Recent years have brought a lot of difficulty in terms of other loved ones passing away but Urooj continues to maintain her role as caretaker with love, compassion and deep diligence.  I was blessed to have breakfast at her home recently with her mother and some close friends and see firsthand not only  how much she is responsible for, but how she does it all with really gentleness and conviction. Urooj is a diligent and responsible person and someone I have deep respect for.

She brings that same ethos to other parts of her life as well. Some of my fondest memories with Urooj include our discussions on a variety of topics ranging from current events to global policy, community projects and programming, and everyday issues that face people from all walks of life. Her ability to reflect and contemplate upon subjects in a productive way are only surpassed by her unique thoughtfulness for others. Feel free to be in touch if you have any questions or need more insight into the remarkable person Urooj is.


Sincerely,
Khalid Latif

_____
Imam Khalid Latif
University Chaplain  |  Global Spiritual Life at NYU
Executive Director  |  The Islamic Center at NYU

Senior Fellow & Co-Founder | Of Many Institute for Multifaith Leadership
Adjunct Assistant Professor | NYU Wagner | NYU Gallatin

January 21, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Camillia Shofani. I am the Project Manager for the Middle East Media
Initiative, a State Department program at the University of Southern California. I had the
pleasure of meeting Urooj nearly eight years ago in Haifa, Israel, where we both
interned at Mada Al-Carmel–Arab Center for Applied Social Research. We have been
friends ever since.

Urooj is truly one of the kindest, most empathetic individuals I've ever known. When I
first met Urooj, I remember being awestruck not only by what she had already
accomplished at such a young age, but also by her evident dedication to social justice
causes. In a sea of burned out nonprofit employees, Urooj immediately stood out as
energetically passionate and devoted. She demonstrated an intricate knowledge of
policy and international human rights law and was popular for her genuineness, sense
of humor, and sensitivity. I once brought her to meet my extended family in Eilabun, a
small village on the outskirts of Nazareth. Although my relatives are low-income, they
were so excited to host us and went to great lengths to prepare a feast. Urooj was so
touched by the generosity and hospitality, she was moved to tears, quite literally! And
that's very typical of her–she's so deeply moved by everyone and everything.

Our friendship since has grown, even from a distance. We can go weeks without
speaking but I always feel like I can call her at any time and about anything, whether it's
to discuss a breakup, ask for a favor, or just laugh over the mundanities of everyday life.
I once asked Urooj to write me a letter of recommendation for a graduate school
application the day before the submission deadline. With little advance notice, Urooj still
sent them a stellar letter which helped me gain admission to the top development
studies program in the world. I regard her as a sister, bound not only by our experiences
in Israel but also by our shared sense of justice and responsibility to family.

Unfortunately, we also share grief, first with the loss of her father and then my brother,
and now most recently and tragically, with her brother as well. Although I met her a few
years after the death of her father, I could tell it was a daily struggle for her to cope with

the pain of bereavement. When my younger brother passed away in 2018, Urooj was an incredible source of support and care, checking on me daily and even offering to come to Los Angeles for the services, even though she was working in Cairo, Egypt for Saint Andrew Refugee Services at the time. Urooj shows her loved ones the utmost support, compassion, and loyalty. It pains me that she's also dealt with the sudden death of her brother on top of the ordeal of this case.

And yet, she is still so fervently committed to her work and community. When I visited Urooj in June 2021, I accompanied her on a short walk to her local polling site so she could cast her city council vote, after we shared a home-cooked meal in her Bay Ridge apartment. She discussed her work, life, and reflected on the events that have led up to the case. It's clear to me, and everyone around her, how much she prioritizes her elderly mother, her clients, and her civic duties. I have seen so much personal growth since May 29, 2020 and I know, no matter the outcome of this case, Urooj will continue to be a lifelong advocate on behalf of the marginalized, the underrepresented, the oppressed.

Sincerely,

Camillia Shofani

Los Angeles, CA

January 29, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Judge Cogan,

I am writing aware that Urooj Rahman has pled guilty to a felony charge and I respectfully and humbly ask you for leniency on her sentencing as she has exemplified great character throughout her personal and professional life.

I am extremely lucky to know Urooj Rahman and have had the privilege of knowing her since my sophomore year at Fordham University, 14 years ago, where we not only were classmates in a few undergrad classes, but also shared the same close circle of friends. She is more like family now, than a just a good friend to me. Throughout the years, Urooj has dealt with hardships and trauma, from caring for her father during college, to losing her father right after she graduated college, to dealing with domestic abuse in her own relationships (which she was experiencing during last year as well up till the time of her arrest).

Nonetheless she still made sure to be there for me and her other friends, as best as she could. She is one of the best people anyone could know, and is always there for her loved ones and those closest to her. Urooj's moral compass was always also guided by her work advocating for other people and human rights.

There were many mutual friends that we shared during our time at Fordham, but no group of friends was I fonder of than the small group of four we so fondly called "Happy Club." It was a silly concept that was centered around the idea of being happy, spreading good vibes, being a dork, just being yourself, and just being able to share a true laugh with your close friends.

During college, whether we were at a campus event, a friend's birthday, a movie at Lincoln Square, or just grabbing lunch, being able to continue to hang out together was something special. Despite being one year senior to Urooj, I was also proud to see her in attendance at my Fordham graduation and I was also happy to return the favor the next year when it was her turn to graduate. The years after Fordham saw our Happy Club move around the world with Urooj and our other friends traveling for work. I traveled to the Philippines to live and work for 2 and a half years.

Despite being separated by many miles and continents, Urooj and I would remain in touch and she would remain there for me whenever I needed a friend. If you can imagine that one friend who you always turn to without judgment, Urooj is that one friend. In the time leading up to my wedding, it was therapeutic to speak with Urooj to help with the stresses of planning a wedding and dealing with the fear of change. More or less, no problem was too small for Urooj and she was so accessible despite the distance that it felt like she was just down the block.

And when the day came, Urooj flew to Manila, Philippines, to be physically present at my wedding and be there for me on my special day. If there was a way to make Urooj my groomsman, I would have.

There were many ups and downs during my time abroad, but I always found comfort and peace in Urooj who always continued to be one of my closest friends despite the distance.

Urooj Rahman will always be that person to me. I can attest that she is of great moral character, and I am proud to know her. She is one of the best people anyone could know, and is always there for you if you just reach out.

Best,

Robert Wolf

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Brian Cogan:

I am writing a letter to humbly request a plea of leniency for Urooj Rahman.  My name is
Darakshan Raja, and I am currently the Executive Director of a social justice non-profit
organization, Muslims for Just Futures. I have been a longtime community advocate and that is
how I met Urooj and have known for the past few years. Prior to community work, Urooj
attended the prestigious Brooklyn Technical High School, where I was a year senior to her.

Urooj is a loving, caring, brilliant,  compassionate and an exceptional person. Through Urooj's
community work, she has been a source of inspiration in the ways she shows up for community
members, her friends, family, and her mother. I have seen Urooj show up for community
members who are in need of support. This is one reason why Urooj decided to pursue law and
focus on public service representing low-income tenants at Bronx Legal Services in the Housing
Unit. Given her own experience being from a working-class background, its been inspirational to
see Urooj take her experience, pursue law, and then use her skills in service of other working-
class communities in the Bronx.

Urooj is selfless and always thinks of others. Despite all of the difficulties she has been facing
recently, she still continues to hold such a warm, caring, and positive attitude showing up for
others around her.  While I am aware of the charges against her, I believe in Urooj and how
much she contributes to her friends, family, and the broader community. We need her home with
her mother, friends, and the community she has nurtured and cared for through difficulties and
hardships. I truly pray, hope and request leniency for Urooj.  Thank you for this opportunity to
write a letter on behalf of Urooj.

With sincere gratitude,

Darakshan Raja

February 16, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Letter in Support of Urooj Rahman

Dear Judge Cogan,

My name is Taaj Reaves, and I am a corporate intellectual property attorney in Chicago, IL. I write to you as a friend of Urooj Rahman ("Urooj"), who I know as Roojie, in support of her request for leniency at sentencing.

I have known Urooj since 2015 when we first met through a mutual friend. Our friendship was instantaneous. Since that time, Urooj and I have traveled the world together, shared countless memories, and become close friends. She is not only a close confidante, but also a personal and professional sounding board. Urooj is someone I often seek advice from because I know, above all, she will always meet me with kindness and sensitivity. To better contextualize all the good she represents to those who are lucky enough to count her amongst their inner circle, I would like to share more about the Urooj I know, love, and support.

When I first met Urooj, she was preparing to leave for Istanbul, where she would spend nearly a year working with refugees and asylum seekers. At this stage in our friendship, Urooj and I would often spend time together among our large friend group which consisted of other Brown and Black lawyers of color sharing their first experiences as legal practitioners in NYC. Among us, Urooj was always true to herself and focused on her contributions in this lifetime. She devoted her legal career to helping others from the start and has remained consistent in her advocacy for marginalized groups.

For as long as I have known Urooj, she has been a protector and an ally to underserved communities. As a staff attorney at Bronx Legal Services, Urooj spent her days (and nights) counseling clients through evictions, unmanageable rent hikes, and shoddy management. For example, when a family member of mine was having trouble with her landlord and needed advice on how to navigate the complex world of NYC rentals, it was Urooj who stepped up and offered to help, offering hours of her time just to walk an outsider through the process. As a policy coordinator for Bob Gangi's mayoral campaign in New York, Urooj also devoted her time to the advancement of a progressive political agenda for New Yorkers. She worked to cultivate a platform of equity, fairness, and justice for all New Yorkers through calling for better housing standards, more accessibility for public transportation, better educational initiatives, etc. And in a personal capacity, as a friend, Urooj never fails to champion others in public -- out loud -- and even when it is not convenient to do so. At core, Urooj desires to help, and she is at her best when she is a part of the solution.

Urooj on a personal level is as sweet and gentle as they come. She is an immensely skilled listener, and, despite often battling her own demons, Urooj never ceases to hold space for others. Urooj is also a dedicated learner and incredibly connected to her faith. On weeknights and weekends when others, including me, would be getting ready to go out for dinner and drinks in the city, Urooj would first spend several hours in reflection and prayer with her Sufi prayer group or at the Islamic Center of NYU, where she is a deeply loved and connected member of the community.

Urooj's arrest, home detention, and impending sentencing, have had a huge impact on her family, friends, and her ability to meaningfully contribute to the causes and communities she so deeply cares about. She has felt incredible and immense pain, while trying to stay strong for and take care of her mother. Still, her losses and pain have not stopped her or made her bitter. She remains one of the most caring and resilient people I know.

In spite of the incredibly heavy burden she has carried for the past two years, Urooj has focused her efforts only on the positive. She has continued to work in service of others during her home detention, volunteering with the American Muslim Bar Association to, again, advocate for the rights of others  while maintaining full-time work throughout her home detention and being the sole caregiver to her elderly mother.

If given the opportunity, Urooj will continue to live in service of others and give back in any way she can. While she may not be able to practice law in the foreseeable future, she remains committed to the causes that first brought her to the profession. She is deserving of a second chance and surrounded by positive influences who love and support her without question. I am confident that Urooj will emerge from this experience as an even stronger advocate and person for positive change, complete with clearer vision, resolve, and strong judgment.

Sincerely,

Taaj M. Reaves

Taaj M. Reaves

TR:

22 February 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

My name is Saquib Usman. I am a cultural anthropologist, currently working on my PhD at the University of Michigan. I am writing this letter in support of Urooj Rehman. While Urooj has pled guilty to a felony, I hope that I can provide deeper insight into Urooj's interpersonal relationships by sharing some of my experiences with her.

I met Urooj five years ago, on the same night that I met my wife. They were close friends then, and since then, I have had the pleasure to get to know Urooj in several capacities and we have become friends on our own accord. As fate would have it, Urooj's presence would continue as my relationship with my wife grew. As we got married and had children, Urooj has solidified a reputation as a "third-wheel" in our relationship.

In jest of her perennial presence, Urooj and I often address one another as *bhabi*, an Urdu term of endearment meaning "sister in-law." In many ways, she has become a sister to me.

There is no greater sign of my faith in Urooj's trustworthiness and decency than her being Godmother to my son. She is extremely empathetic and always cares for my children so genuinely. In fact, nobody else rejoiced at the news of my daughter's birth announcement with more vigor than Urooj. She is effortless in taking care of her mother and is devoted to so many of her numerous friends and tends to the needs of a community. These qualities all made her someone I could entrust my child's life with. If Urooj is sent to prison, her mother's care would be in great jeopardy, as she depends on Urooj for her day-to-day needs.

I believe that in a marital relationship, its often not wise to air one's laundry with outsiders. Urooj is one of the rare people that I can trust to always approach our relationship from a neutral position, listen honestly, and give her own impartial reading based on wholesome intentions. Even though she is devoted to my wife, I often trust Urooj to lend an unbiased ear in our disagreements.

Urooj has a knack for teaching people to uncover their own biases. One of my first meaningful experiences came early, on an occasion where she truly helped me discover how I had developed harmful biases and stereotypes. She had the tact to inspire this awareness in a way that wasn't demeaning but uplifting.

I have always valued Urooj's presence because I have found that she can enrich a conversation about virtually anything. She is observant and reserved. When she takes her turn to speak, she always has informative and thought-provoking things to say.

Urooj is also a paragon of good citizenship. In today's day and age, there are countless "activists" who despairingly throw their hands in the air regarding environmental degradation by laying blame onto corporations. Urooj is the kind of social activist who is instead motivated by a hope that translates into personal accountability. She is always studying and investigating more. She believes that justice must be enacted at the level of the personal, in everyday life. She believes that change in society truly begins with change in oneself. And her sense of justice is tempered by mercy. She doesn't approach others with a sense of superiority, and she never uses guilt to change you. Instead, she leads by example, by changing her own habits. She leaves you inspired and wanting to take more responsibility.

Over the past few months, Urooj and I have participated in a virtual writer's meetup. There, I have started to see new sides of Urooj. Since May 2020, she has understood the weight of her actions and truly reformed herself in unimaginable ways. This is apparent in her writing, which is self-reflective, observant, and provocative. It reveals a stream of conscious that weaves together deep introspection, cultural critique, and humorous asides. She also offers comments and valuable guidance to others in the writers group.

I hope this letter has helped illuminate who Urooj is and why she is a person worthy of leniency. She has been a light in our lives and the community around us.

Sincerely,

Saquib A Usman

Tai Morshed

League City, TX

January 26, 2021

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

I am a Professional working in the Sports Media and Technology space with over 20 years of experience in Austin, New York and most recently Singapore.  I have known Urooj Rahman for nearly 10 years and it's my pleasure to write a letter in her support. I met Urooj through my wife whom is one of her closest friends.  Inherently, as I dated my wife, prior to our marriage, I got to know Urooj very well.

From the moment we met I have been inspired by how Urooj is constantly committing her time to those who are underserved and in need. Through her empathy, I have seen her extend compassion and care for her friends, particularly my wife.  At one point my wife lost her job and was quite depressed.  Urooj spent several nights talking to my wife, helping her understand it was a bump in the road and that she had to believe in the process.  Surely enough, my wife was soon back on her feet with plenty of opportunities.

Another moment I recall with Urooj was when we visited her in Turkey.  We spent a few days and nights with her and through the process I learned all about the time and effort she was spending in helping and protecting refugees who had faced atrocities and injustices.  My sister works as a Social Worker for Doctor's Without Borders helping refugees often as well and it truly is the work of a higher power that both my sister and Urooj are doing.  I am thankful for people like Urooj who spend their time helping make the world a better place over financial gains.

Over the 10 years that I have known her, Urooj has shown exhibited love, compassion, and support for my wife and I. I trust that she will continue to dedicate her life to doing good and caring for others.  Since her arrest, I know that Urooj has been helping take care of her mother and contributing positively in her community.  I know she is remorseful for what occurred and

will take this as lesson she learns from and helps prevent others from making a similar mistake.
She will lead by example as she always has done.

Sincerely,

Tai Morshed

Sylvia Figueroa

███████████████

Bronx, NY ████

████████████

March 11, 2022

To Whom It May Concern:

I got to know Urooj Rahman when she was hired in 2019 as an attorney in our eviction prevention unit at Bronx Legal Services where I am the office manager. While Urooj and I worked in the same office, I was privileged to get to know Urooj on a personal level. She is a kind, compassionate person who cares for others.

Urooj is hardworking and thorough in her representation of our clients as a housing attorney. Additionally, Urooj would care for our staff as well.  She would come to office with an attentive attitude ready to encourage and lend an ear to anyone of our staff at a moment's notice.

Since our time outside of the workspace, I have come to know Urooj and some of her story, especially the care of her mother, her persistence to help those in need, and her commitment to community. I'm grateful to know Urooj and happy to say she is of good moral character.

If there is any more information that would be need of me, feel free to contact me at ███████████

Best,

*Sylvia Figueroa*

Sylvia Figueroa

Hon. Judge Brian Cogan                                                2/24/2022
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Cogan,

My name is Andrea Wangsanata. I am a marketing professional, specializing in consumer tech and entertainment brands. I met Urooj Rahman when we attended Brooklyn Tech in the early 2000s, and we have remained friends ever since then.

Despite going to a high school that specialized in math and science, Urooj and I were both attracted to classes that focused more on liberal arts - philosophy, government, history and law. We sat next to each other in AP comparative government, which is when I realized I found a kindred spirit - someone who cared about international affairs and human rights. Urooj always sided with those who were marginalized, including during a spirited debate in another one of our classes where we discussed systemic discrimination. Even though we were only 15, she was able to clearly articulate the issues of institutionalized racism and inherent biases. I was impressed and intrigued.

Over the years, Urooj and I have kept in touch through our passion for travel. We've traded tips and stories from places off-the-beaten path. She's introduced me to locals from South Africa to Colombia, who are creating change in their community. Like me, Urooj's curiosity and compassion for others is rooted in her identity growing up in a diverse, working class community in New York City. And like me, the pandemic hit her really hard.

Urooj and I were both caretakers for our single, elderly mothers during the height of covid. It was exhausting and terrifying, not knowing what was going to happen and being fearful that our bodies could also be used as a weapon against our elderly parents, hurting the person we were supposed to be protecting. On top of that, her job in legal services for clients who were suffering was a huge added burden. I was deeply saddened and surprised when I heard of Urooj's arrest, as it did not seem like her, but I knew her intention was never to hurt anyone, as she has only wanted to help others her entire life.

Since she has been out, and at home, a lot has changed for her. Unfortunately her brother has passed away, which has taken an additional toll on her family. However, watching her dedicate herself to healing and working through her trauma has been admirable. She continues to work to serve marginalized communities - never wavering on her work to create a more equitable world. Urooj is a good person, committed to doing good and helping others. It would be a tragic mistake if she was not able to continue her work. I implore your honor to give her leniency, as she deserves a second chance. Please feel free to reach out with questions. Thank you very much.

Sincerely,

Andrea Wangsanata

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

To Whom It May Concern:

I am writing on behalf of Urooj Rahman and to express my support for a lenient sentence. I have known Urooj since 2018 when we met at the Islamic Center of New York University (ICNYU). I have worked as an Assistant Director of Compliance for Columbia University for over 10 years. During my time in New York I searched for a community of like-minded Muslim professionals. When Urooj and I first met, I knew I had found someone with a gentle soul who took great care to treat others with respect.

Urooj made me feel welcome as a newcomer to the ICNYU. Her faith and spiritual practice centers around service to others and an inquisitive nature that was evident during the programs we attended together. During the holiest nights of the year, she would volunteer and assist with organization and clean up, and provided any and all type of assistance in order for the center to run smoothly. She participated in the community potluck and was such a warm presence for us all. I looked forward to seeing her weekly at the programs because we connected so easily, she made me feel at ease and became a fast friend. We relied on each other as familiar faces to comfort one another after long work days and bonded over our experiences as Pakistani Muslim American women.

Throughout my friendship with Urooj, I learned that she was her mother's caretaker as well as a devoted and loving aunt to her niece and nephews. Her mother relies on her for daily care, navigating her health conditions, and emotional support especially after the loss of her father. Urooj works hard to be a devoted daughter, sister, aunt and friend. It is even evident in her love for animals and our shared loved for our cats, that her heart is big, capable of love for all, and sincere in her dedication to care for everything and everyone around her.

Knowing Urooj has been a great privilege in my life. When our ICNYU programs moved online in the early days of the pandemic, we stayed connected and her support helped me through difficult times of social isolation. I know her as a champion of community service, with a huge compassionate heart and gentle demeanor. Knowing this, I kindly request that the judge considers a lenient sentence for her so that she may continue to shine her light in our community, provide for her mother, and pour her love into her family members and friends. Thank you for your consideration.

Sincerely,

Nadia Rizvi

Jeffrey Rogers

Los Angeles, CA

March 26, 2022
Re: Character Letter for Urooj Rahman

To Whom It May Concern:

My name is Jeffrey Rogers and I am a Multimedia Creative Producer based in Los Angeles, CA. Having spent the last 10 years of my life as an international creative, I have spent time with a diverse range of people, both young and old, from many walks of life. Throughout my travels and experience, instances of authenticity have struck chords within me - connections with humans that leave a lasting impression. Urooj Rahman is one of those people.

Urooj has been convicted of a felony in New York state, and today - I am writing this letter today to speak of the character of Urooj Rahman. A dear friend, a daughter, a humanitarian, a joy, a laugh, a smile, and a personality that binds cultures.

Urooj and I met 7 years ago in Istanbul. My girlfriend and I had recently moved to Istanbul from Los Angeles. We met Urooj through my girlfriend's brother - they both ate at a restaurant we frequented in the Taksim neighborhood of Istanbul. The story of how they met would later become a cemented memory of Urooj's character. That's Urooj - she's from New York, she's going to make you laugh, and she's going to educate you on issues she thinks you should care about - not because you need to be educated, but because she respects you and your opinion. She might also forget her scarf in the restaurant - but that's because she's having a poignant discussion about pretty much anything with you.

Urooj is a force - a force for community, a force for good, and for those who know her well, a force of gravity (she's clumsy in the most hilarious way!) My fondest memories of Urooj are over cups of tea, speaking on our doorbell intercom, speaking terrible Turkish together, and our appreciation of the collective human experience.Urooj and my girlfriend Dan Le became very close and shared a bond that I know fills my girlfriend's heart and soul with warmth.

Since both leaving Istanbul, we have stayed in close touch. Traveling to Italy for a family member's wedding (girlfriend's brother who introduced us!) and we recently saw Urooj in September of 2021. I write this letter because Urooj is worthy of understanding, worthy of acceptance, and worthy of humility. Urooj has dedicated her life to helping others and I have no doubt that she will continue to spread her love and joy if given the opportunity. It's in her nature to continue to rise up and care for others.

Sincerely,
Jeffrey Rogers
(Friend of Urooj Rahman)

February 17, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

My name is Pearlie Wong. I work as a professional project manager in pharmaceutical advertising in New York. I have known Urooj Rahman for nearly 22 years and am writing this letter in support of her and her character.

Urooj and I both grew up in Brooklyn, me in Borough Park and her in Bay Ridge. We met when we were 11 years old at William McKinley junior high school –my new besties at school were her best friends from elementary school. We became fast friends, taking long walks to her home after school most days before my parents picked me up from her house in the evening. I was in the social studies and law academy while she was in arts and humanities (we ended up being interested in the other in college).

I have always known Urooj to be a steadfast, determined, and caring person. Even as a youth, she would champion and advocate for social justice, helping those in need wherever possible. This would remain a constant part of her personal life and career. While most of her peers at Fordham were pursuing corporate law, she was drawn to human rights.

Throughout the years Urooj and I also took many trips together. On one such trip I remember Urooj waking up to help me do my laundry at four in the morning, when I was having trouble figuring it out. Another moment I remember was of her stopping me from nearly getting hit by an oncoming street train in the streets of Vienna, Austria. This is just who she is, someone who is always looking out for her friends and family.

Her father's early passing crushed her. At 23, I witnessed Urooj become her mom's primary caretaker while she was in law school and struggling with her own extreme anxiety and depression. Through all this, Urooj still managed to find time for her friends and their problems. I was one of those friends. She encouraged me to seek counseling and helped me find resources at a time when openly talking about mental health was still taboo and not something you talked about but shut down.

Urooj has always been a caring and self-sacrificing individual who does not hesitate to come to the aid of others. She jumped at the chance to work with refugees in Turkey when the country was overwhelmed with asylum requests spilling over from the Syrian civil war and other atrocities. Just a year before, she had finished another international human rights fellowship. During her time back in the States, she discussed the sadness she felt about the people who were living in difficulty and hardship. Still Urooj did not hesitate to go wherever she needed to assist others.

She recognized her fortunes and that it was a privilege to be able to help others. Her internal struggles seemed to domino after these events: the loss of her father, her experiences working for human rights overseas causing secondhand trauma, dealing with abusive relationships, and then the isolation during COVID-19. Urooj has shown deep remorse for the actions leading up to her arrest. She continues to pour her efforts and energy into her family, friends, and community. During her house arrest, she worried greatly about her mother and her clients' backlogged eviction cases. If there is any way to grant leniency in deciding her sentence, it would be a great comfort to the many lives she has touched, especially her mother who needs her very much.

Sincerely,

Pearlie Wong

February 28, 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201


To Whom It May Concern:

I'm writing on behalf of Urooj Rahman, who I understand has plead guilty to a felony.  As you consider Ms. Rahman's sentence, I hope you will consider her remorse, her character, and the profound impact she has had and will continue to have on the world around her.

I'm a senior staff attorney in the Housing Unit of Bronx Legal Services, where I have worked since 2015. I met Ms. Rahman in June 2019, when she began her work at Bronx Legal Services. I have no reservation in saying that during her time at the organization, Ms. Rahman proved herself an asset to the bar and even more so to the public interest and tenant defense community. I'm very proud to have worked with Ms. Rahman and even more so to call her a friend.

Ms. Rahman dedicated her law school experience to pursuing public interest work, and she was clearly a very promising young attorney from the moment she began working at the office. However, no matter the experience or passion for tenant defense a new attorney may have, the first year of practice in the Bronx Housing Court is no easy feat. Personally, my first year of practice, despite having relevant tenant defense experience, was extremely challenging. The learning curve is steep. The work is fast paced; the caseloads grow quickly; the various rent regulations are complex. Balancing all of this can feel impossible when emergencies arise. At times Bronx Legal Services clients retain counsel on the eve of eviction, which requires attorneys, whether experienced or brand new, to do everything possible to stop the eviction. The emotional toll of working with clients facing crisis only compounds with the emotional toll of practicing in what can often be a very uncivil forum. Ms. Rahman met all these challenges with grace and never faltered in her dedication to her clients.  On many nights, Ms. Rahman worked well after the office had closed on cases that required extra attention. It was very clear that Ms. Rahman was willing to go the extra mile for her clients.  Despite the difficulty of our work, I never heard Ms. Rahman complain about her workload or clients in crisis.  Additionally, Ms. Rahman was also able to build strong relationships and friendship within our workplace. It was truly a pleasure to work with Ms. Rahman.  I hope that the Court will consider extending some leniency to Ms. Rahman in her sentencing.  If given the opportunity, I know Ms. Rahman will put her talents and passion for social justice to good use.

Although my lens and experience of Ms. Rahman is primarily informed by our shared work life, I would be remiss if I did not mention that Ms. Rahman's authenticity, generosity of spirit, and quirky sense of humor are also central qualities that I've had the privilege to enjoy.  I know that I am one of many who hold Ms. Rahman in great esteem.

If you have any questions about this letter, please feel free to contact me at

█████████████

Sincerely,

Johanna Ocana

February 18, 2022


Philip Prater

████████████████████████

Bronx, NY ███████████

The Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

My name is Philip Prater. I am currently in retirement after having worked for more than 50 years in the Human Resources and Accounting field. My employment history included being a Personnel Officer at Chase Bank (1971) and subsequently as Office Manager at two Employment Agencies. Unfortunately, because of health problems (including prostate cancer) my financial situation was greatly diminished. I met Ms. Urooj Rahman in 2019 through a Housing Court referral because my landlord filed to cancel my lease and evict me without just cause.. As my attorney, she successfully represented me in the case. I am honored to write a letter on behalf of Ms. Rahman, who I hold in very high esteem. I have often mentioned to my family and close friends that her free service was priceless.

Ms. Rahman met with me at her office on several occasions to meticulously and painstakingly explain tenant - landlord law, review the landlord's claim and explore options for my defense. Her legal knowledge and demeanor put me at ease, as I was very much confused by the whole process. I was greatly impressed by the written "Answer" which she developed to submit to the court, unraveling the landlord's claim and pointing out things which I could never have discovered.  Miss Rahman proved to be a workhorse - she made all the Court appearances on my behalf, negotiated with the landlord's attorneys, and kept me informed every step of the way.

Ms. Rahman's skillful negotiations with the opposing attorney resulted in the landlord dropping the request to evict me and agreeing to a court stipulation - very much in my favor. In addition, she was able to research financial aid possibilities and instructed me as to how to obtain them. Because of her approach to the landlord,  everything ended on a friendly and constructive note. The landlord subsequently offered me a two-year lease, beginning January 1, 2021.

I am fully aware that Ms. Rahman has pleaded guilty in this matter; however, because of her years of service and contributions to the community, we beg for leniency when sentencing. Her legal competence, compassion, skill and overall approach to problem-solving makes her an invaluable resource to the underserved community -especially those who have been so adversely impacted by post pandemic stress and need help in reimagining their lives.

Please do not hesitate to contact me directly, if any additional information is needed.

Sincerely,

Philip Prater ████████████

February 21, 2022

Hon. Judge Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Judge Cogan:

I am grateful for the opportunity to write this letter in support of my good friend of nearly eight years, Urooj Rahman (Roojie), and to offer a window into who she is as a person, a family member, and a loved one. I am a New York-based attorney, and I currently work at the Center for Reproductive Rights.

In 2014, I met Roojie and we quickly became good friends. We bonded over our shared South Asian and Muslim heritage, our love of cats, and our interest in a life of public service. I quickly began to admire Roojie and saw her as a mentor not just in my professional life but in my personal life too. She has taught me over the years what it means to be a better person, loved one, and community member. As the oldest sibling, she is the big sister I always wished I had.

Over the years, I've watched Roojie carry out her responsibilities as her elderly mother's primary caretaker and devoted daughter, taking her to doctors' appointments, assisting her with medication management, and providing for her every need including a comfortable home. In fact, when Roojie was being remanded back into federal custody on June 5, 2020, her first request to me was to make sure her mother would be taken care of. Her mom was and still is the first person on her mind even during times of intense distress.

Roojie is the glue that holds our friendship circle together reminding us of friends' birthdays, planning bridal and baby showers to show our friends just how valued they are, throwing me a surprise birthday party, performing slapstick comedy and musical numbers that make us hurt from laughing so hard, and during moments of grief, she provides insight into how we can better care for one another. If all of that wasn't enough, she is also persistent in keeping us honest and grounded on issues including community service and environmental rights. Roojie has dedicated countless hours to my troubles and has held me through difficult times–she was and still is a source of comfort when my work is daunting, strength when I was experiencing distress in an abusive relationship, and an advocate when I was sick and needed help coordinating with my insurance carrier.

Roojie's positive contributions to her community are endless. I've watched her zealously advocate for immigrants' rights, and rights to safe and stable housing, and a healthy environment for underserved communities. I've watched her do so while weaving in her beautiful understanding of what it means to be a Muslim, a faithful observant in service

of God's creations animated by principles of love, justice, mercy, and compassion. After her arrest, Roojie gave herself the love and care she has given to so many in her community by dedicating her time and attention to therapy for depression and anxiety, spiritual gatherings centered around meditation, and Alcoholics Anonymous meetings.

Roojie is a person worthy of leniency because the arc of her life is contained with so much kindness, integrity, and goodwill. Thank you for allowing me the opportunity to speak to Roojie's exceptional character, and for your consideration.

Sincerely,

Kulsoom K. Ijaz

Kulsoom K. Ijaz

Wen Vo
█████████████
Singapore, █████

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

January 25, 2022

To the Honorable Brian Cogan,

My name is Wen Vo and I am a software developer who specializes in aquaculture sustainability. I have known Urooj Rahman for the past twelve years, first as a fellow undergraduate classmate at Fordham University, and in later years as one of my dearest friends.

I understand that Ms. Rahman has pled guilty, and she has shown nothing but remorse for her mistake by making positive changes to ensure she is around for her ailing mother. Ms. Rahman is a smart, caring, and passionate individual. Someone whom I trust wholeheartedly. Growing up in an immigrant family in America, we all walked the same paths in trying to find our place in society. I was so lucky to have met Ms. Rahman in college, someone who I could relate to. Our friendship was instantaneous because we shared the same family values. Her love for her family shows in how she takes care of her mother.

Ms. Rahman was an exemplary student. Our professor from Theology class would frequently praise her. She could easily be found in the library studying. Her proudest achievement was when she graduated from Fordham Law School. To celebrate, I and 20 of her closest friends from college threw her a surprise picnic in Brooklyn. She is the rare type of friend who would move mountains to be there for you. When I was wrongfully terminated from my job in 2013, I was ashamed to tell my own parents, but I confided in Ms. Rahman who helped me through my toughest hour. My only regret is not knowing how to console Ms. Rahman when she lost her father. It was a devastating loss for her. To lessen her sorrow, she distracted herself with her studies and work. She always kept a strong facade around me and was always there for me. She helped me bounce back numerous times, and I hope that one day I can return the favor.  Ms. Rahman is loved and supported by so many friends, families, clients from all walks of life.

I have been fortunate enough to travel with Ms. Rahman. Her zest for the world carries out in her altruism. I have met her colleagues when I visited her in Istanbul and in Cairo where she was working with Syrian refugees. There I witnessed her hard work and dedication in helping others. Her passion for helping others is simply uncanny, from her mother to her friends to strangers and clients.

I have full confidence in Ms. Rahman's love for her family and would not do anything to jeopardize them, which includes not being able to take care of her mother. Ms. Rahman is young and has her whole life ahead of her. Thank you for your time and consideration.

Sincerely,

Wen Vo

# FORDHAM UNIVERSITY
### THE SCHOOL OF LAW

FACULTY

10 February 2022

Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Official Character Reference Letter for Urooj Rahman

I am writing this letter on behalf of Urooj Rahman. I am aware of Urooj's felony conviction. This letter is offered in support of Urooj's upcoming sentencing. I have known Urooj for nine years and was first introduced to her when she became my student in the International Human Rights Clinic at Fordham Law School in the fall of 2013. I am offering this letter to provide a more complete picture of who Urooj is as a person.

Urooj exhibits a deep passion for social justice issues. As a clinic student, Urooj completed a project under my supervision and in partnership with the Police Reform Organizing Project: a report on policing minority communities in our city. Urooj spent countless hours researching and drafting weekly legal writing assignments, presenting her findings at round table team meetings, and conducting interviews for the report. She is a hard worker, pays attention to detail, works constructively and supportively with her teammates, and is hungry to share and impart knowledge.  Her great performance in the Clinic led me to ask her to stay on for an additional project in the fall of 2014.  She helped design and conduct human rights trainings for LGBT refugee rights activists in South Africa, and did a wonderful job in the field.

During our human rights seminar course, Urooj exhibited a thoughtfulness regarding the complex issues we addressed each week.  I can still see her sitting in front of me, speaking passionately and eloquently about economic and social rights, international sexual violence prosecutions, and cultural relativism. She is also a great listener and engaged the other students' opinions in a thoughtful manner even when she did not agree with their assertions.

Outside of her work at the law school, Urooj interned with the Center for Constitutional Rights, where she worked on a whole host of constitutional and human rights issues; and with Judge O'Neill Levy at the Harlem Community Justice Center, where she wrote memos and conducted research on housing and eviction disputes involving low-income tenants. Additionally, she assisted attorneys in petitioning the U.S. government to allocate funds in the clean-up efforts of contaminated waste in upstate New York, including on Native American reserve land, during an internship with the U.S. Environmental Protection Agency.

# FORDHAM UNIVERSITY
## THE SCHOOL OF LAW

FACULTY

Finally, Urooj was selected to be a 2015-16 Tolan Fellow in International Human Rights. This prestigious fellowship sponsors post-graduate students to carry out a human rights project with a partner organization. As part of the fellowship, Urooj was sent to Istanbul to work as a legal advisor for asylum seekers and refugee clients on their appeals for refugee status determination with the United Nations High Commissioner for Refugees (UNHCR). She wrote legal submissions on behalf of clients, represented clients at their refugee status determination interviews with UNHCR appeals officers, and visited detention centers. Urooj's legal advocacy and policy experience only serve to highlight the immense level of commitment and adherence to the social justice and human rights field she has dedicated herself to.

Since her arrest, Urooj has committed herself to self-improvement and good work in her community. Urooj has spent time volunteering for the American Muslim Bar Association (AMBA), which she assisted in forming, and other non-profits while also dedicating time to assist an asylum-seeker in their application and interview process. It is evident that Urooj is dedicated to becoming a better individual for herself, loved ones, and broader community.

It is my sincere hope that this letter will act in support of Urooj and shed greater light on her character. I believe Urooj to be a decent and honorable individual and a devotee to the community around her. I can be reached at any time for further clarification regarding the contents of this letter.

Sincerely,

Chi Adanna Mgbako
Clinical Professor of Law, Fordham Law School
Director, Walter Leitner International Human Rights Clinic

Honorable Brian Cogan                                               April 17, 2022
United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I am Evie Litwok, a former employer of Urooj Rahman while she was working for my
organization. Urooj started working for me after her arrest in October 2020 and I've known her
since then. I've come to know Urooj as someone who really cares about achieving true justice in
our community and society. She wants to ensure that all people can maintain a good life with
their rights and dignity in tact.

On many occasions we worked together on getting resources and providing support to formerly
incarcerated individuals who were starting anew after reentering society and who wanted a fresh
clean start to attaining a healthy productive life. Urooj was always trying to come up with
innovative ways to provide reentry support. She helped with our project that supported and
mapped out all of the small businesses started by formerly incarcerated people across the
country. I think Urooj has tremendous love and devotion to wanting a better life for all people.
She is passionate about these public interest and service issues.

In the time that I've gotten to know Urooj, she has also expressed a lot of remorse, regret, and
sadness for the events of her arrest. She is really a thoughtful and caring person. On occasion she
would interact with my little dog who would jump up and run to the door every time Urooj
would arrive for work. This just demonstrates her warm nature that even my dog could sense. As
I am a person who works for achieving justice as well, I can see Urooj's passion for it too.
Urooj's compassionate nature adds to her abilities of promoting and uplifting basic dignity and
rights for vulnerable communities.

Every day I make a little prayer for Urooj at my local synagogue congregation that Urooj's
difficulties and tribulations will go away, as I did this Passover as well. I am very much hoping
and praying that your honor will see that Urooj is deserving of a second chance and deserves the
utmost leniency. I will continue to pray for this. Thank you for your time your honor and please
let me know if you have any questions.

Best,

Evie Litwok
Executive Director

To the Honorable Brian Cogan,

I had the pleasure of meeting and working with Urooj Rahman in the Summer of 2017, and have remained friends with her to the present day. As an intern with the Gangi for Mayor campaign, I worked with Urooj, who was the main policy person on staff. She immediately made me feel at home on the team, and was eager to work with all of the volunteers/interns, as well as genuinely value our opinion and perspective. Every intern and volunteer loved and respected Urooj, and knew to go to her with any question or concern. I spent countless hours that summer with Urooj, and walked dozens of miles through the city canvassing. She was always in good spirits, and brought a smile to the face of almost everyone she spoke to me. No matter how long and arduous Our work days may have been, she was dedicated to getting the job done and meeting the goals of the day.

Something that I will never forget about Urooj was how kind and compassionate she was to complete strangers who needed help. If someone was homeless sleeping on the ground, she would often approach them to see if they were ok, and if they needed food. Urooj would offer to help and she really genuinely meant it. Buying food, giving a metrocard swipe, or even opening her home. I genuinely do not know another soul as open, kind, or concerned for others. I have worked on my fair share of campaigns, and I do not often keep in touch with those I work with. The reason I still count Urooj as a friend 4 1/2 years later is because you don't easily forget people like her.

I also had the chance to work with Urooj late last year at a non-profit, and I have seen just how hard she has worked in some of the hardest times of her life. Urooj continued to do everything she needed to, and kept a positive outlook and continued to be there for others. She was even there for me during very hard times in my life, and tried helping my mother with a workers rights/medical leave issue. I was also able to visit Urooj at her home, where I spent some time with her and her mother. I saw just how much her mother, who is advanced in age, needs her; and how devastating it would be if Urooj was not able to be with her.

Not only is Urooj a great friend, daughter, and colleague; she is someone who genuinely wants to make the world a better place. She has worked on important issues, fully dedicating her life to the cause of genuine justice for all. The world is a brighter place with Urooj in it.

Sincerely,

Luke Messina