# BRACEWELL

December 16, 2022

**VIA ECF**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Rahman, 20-cr-203(BMC)

Dear Judge Cogan:

I represent Urooj Rahman in the above-captioned case. I write to respectfully request that the Court issue an amended judgment that sets a surrender date of January 31, 2023.

Ms. Rahman was sentenced on November 18, 2022. At the sentencing, the Court ordered that Ms. Rahman surrender for service of her sentence on January 15, 2023, which is a Sunday. As we understand it, the Bureau of Prisons cannot process Ms. Rahman's designation until the surrender date is set for a business day. The next business day is January 17, 2023. We seek a slightly longer amount of time because Ms. Rahman needs important dental work before she serves her sentence. The work must be done over the course of several appointments, which are scheduled for January 13, 17, 18, 23, and 27. We seek a surrender date of January 31, 2023 to allow Ms. Rahman to complete the dental work, and then prepare for surrender.

I have conferred with the Government, and they do not object to this request. I thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Rita Maxwell

Rita Maxwell

**Rita Maxwell**
Senior Counsel

T: +1.212.508.6129     F: +1.800.404.3970
31 W. 52nd St. Suite 1900, New York, New York 10019
rita.maxwell@bracewell.com     bracewell.com